# Exhibit 1



## This page is part of your document - DO NOT DISCARD

 **20071738484** Pages: 011

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

07/23/07 AT 01:10PM

Fee: 49.00
Tax: 0.00
Other: 0.00
Total: 49.00

Mail

## TITLE(S) :



L E A D   S H E E T

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.          Number of AIN's Shown

**THIS FORM IS NOT TO BE DUPLICATED**

Recording Requested By:
MORTGAGEIT

07/23/07

Return To:
MORTGAGEIT

1360 DEMING WAY, 3RD FLOOR
MIDDLETON, WI 53562

Prepared By:

SAN DIEGO, CA 92108-

LOAN NO.:
ESCROW NO

*Inlent to Re-Record to correct city name Referencing document #200705199919 originally recorded on 3/9/2007.*

MIN:
MERS Phone:

# DEED OF TRUST AND REQUEST FOR NOTICE OF DEFAULT

THIS DEED OF TRUST is made this    2nd    day of      MARCH, 2007      , among the Trustor,
KANE PICOY, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY

whose address is
6914 TEXHOMA AVENUE, (VAN NUYS AREA) LOS ANGELES, CA 91406          (herein "Borrower"),
CHICAGO TITLE

                           (herein "Trustee"), and the Beneficiary,
Mortgage Electronic Registration Systems, Inc. ("MERS"), (solely as nominee for Lender, as hereinafter defined, and Lender's
successors and assigns). MERS is organized and existing under the laws of Delaware, and has an address and telephone number
of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
MORTGAGEIT, INC

                                         ("Lender")
is organized and existing under the laws of      NEW YORK               , and has an address of
33 MAIDEN LANE 8TH FLOOR, NEW YORK, NY 10038-
     BORROWER, in consideration of the indebtedness herein recited and the trust herein created, irrevocably grants and
conveys to Trustee, in trust, with power of sale, the following described property located in the County of
         LOS ANGELES          , State of California:
SEE COMPLETE LEGAL DESCRIPTION DESCRIBED IN EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

Parcel ID Number: PARCEL NO.: 2228-004-033                        which has the address of
                           6914 TEXHOMA AVENUE             [Street]
     VAN NUYS          [City], California      91406      [ZIP Code] (herein "Property Address");

| CALIFORNIA - SECOND MORTGAGE - 1/80 - FNMA/FHLMC UNIFORM INSTRUMENT WITH MERS | Form 3805 Amended 9/90 |
| V-76N(CA) (0610) | Page 1 of 7 | LENDER SUPPORT SYSTEMS INC. 2ND76NCA.NEW (11/06) |



TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances and rents (subject however to the rights and authorities given herein to Lender to collect and apply such rents), all of which shall be deemed to be and remain a part of the property covered by this Deed of Trust; and all of the foregoing, together with said property (or the leasehold estate if this Deed of Trust is on a leasehold) are hereinafter referred to as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Deed of Trust; but, if necessary to comply with law or custom, MERS, (as nominee for Lender and Lender's successors and assigns), has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing or canceling this Deed of Trust.

TO SECURE to Lender the repayment of the indebtedness evidenced by Borrower's note dated                MARCH 02, 2007                and extensions and renewals thereof (herein "Note"), in the principal sum of U.S. $        133,900.00        , with interest thereon, providing for monthly installments of principal and interest, with the balance of the indebtedness, if not sooner paid, due and payable on                APRIL 01, 2037                ; the payment of all other sums, with interest thereon, advanced in accordance herewith to protect the security of this Deed of Trust; and the performance of the covenants and agreements of Borrower herein contained.

Borrower covenants that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property, and that the Property is unencumbered except for encumbrances of record. Borrower covenants that Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to encumbrances of record.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

**1. Payment of Principal and Interest.** Borrower shall promptly pay when due the principal and interest indebtedness evidenced by the Note and late charges as provided in the Note.

**2. Funds for Taxes and Insurance.** Subject to applicable law or a written waiver by Lender, Borrower shall pay to Lender on the day monthly payments of principal and interest are payable under the Note, until the Note is paid in full, a sum (herein "Funds") equal to one-twelfth of the yearly taxes and assessments (including condominium and planned unit development assessments, if any) which may attain priority over this Deed of Trust, and ground rents on the Property, if any, plus one-twelfth of yearly premium installments for hazard insurance, plus one-twelfth of yearly premium installments for mortgage insurance, if any, all as reasonably estimated initially and from time to time by Lender on the basis of assessments and bills and reasonable estimates thereof. Borrower shall not be obligated to make such payments of Funds to Lender to the extent that Borrower makes such payments to the holder of a prior mortgage or deed of trust if such holder is an institutional lender.

If Borrower pays Funds to Lender, the Funds shall be held in an institution the deposits or accounts of which are insured or guaranteed by a federal or state agency (including Lender if Lender is such an institution). Lender shall apply the Funds to pay said taxes, assessments, insurance premiums and ground rents. Lender may not charge for so holding and applying the Funds, analyzing said account or verifying and compiling said assessments and bills, unless Lender pays Borrower interest on the Funds and applicable law permits Lender to make such a charge. Borrower and Lender may agree in writing at the time of execution of this Deed of Trust that interest on the Funds shall be paid to Borrower, and unless such agreement is made or applicable law requires such interest to be paid, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds showing credits and debits to the Funds and the purpose for which each debit to the Funds was made. The Funds are pledged as additional security for the sums secured by this Deed of Trust.

If the amount of the Funds held by Lender, together with the future monthly installments of Funds payable prior to the due dates of taxes, assessments, insurance premiums and ground rents, shall exceed the amount required to pay said taxes, assessments, insurance premiums and ground rents as they fall due, such excess shall be, at Borrower's option, either promptly repaid to Borrower or credited to Borrower on monthly installments of Funds. If the amount of the Funds held by Lender shall not be sufficient to pay taxes, assessments, insurance premiums and ground rents as they fall due, Borrower shall pay to Lender any amount necessary to make up the deficiency in one or more payments as Lender may require.

Upon payment in full of all sums secured by this Deed of Trust, Lender shall promptly refund to Borrower any Funds held by Lender. If under paragraph 17 hereof the Property is sold or the Property is otherwise acquired by Lender, Lender shall apply, no later than immediately prior to the sale of the Property or its acquisition by Lender, any Funds held by Lender at the time of application as a credit against the sums secured by this Deed of Trust.

**3. Application of Payments.** Unless applicable law provides otherwise, all payments received by Lender under the Note and paragraphs 1 and 2 hereof shall be applied by Lender first in payment of amounts payable to Lender by Borrower under paragraph 2 hereof, then to interest payable on the Note, and then to the principal of the Note.

**4. Prior Mortgages and Deeds of Trust; Charges; Liens.** Borrower shall perform all of Borrower's obligations under any mortgage, deed of trust or other security agreement with a lien which has priority over this Deed of Trust, including Borrower's covenants to make payments when due. Borrower shall pay or cause to be paid all taxes, assessments and other charges, fines and impositions attributable to the Property which may attain a priority over this Deed of Trust, and leasehold payments or ground rents, if any.

**5. Hazard Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and such other hazards as Lender may require and in such amounts and for such periods as Lender may require.

Initials
Form 3805

(Q) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(R) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY
The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the
                              COUNTY              of              LOS ANGELES                    :
         [Type of Recording Jurisdiction]                      [Name of Recording Jurisdiction]

SEE COMPLETE LEGAL DESCRIPTION DESCRIBED IN EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

Parcel ID Number: 2229-004-033                          which currently has the address of
                          6914 TEXHOMA AVENUE                                    [Street]
              VAN NUYS                          [City] , California         91406        [Zip Code]
("Property Address"):

     TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

     BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances

V-6A(CA) (0207).01                          Page 3 of 15                          Form 3005  1/01



shall not affect other provisions of this Deed of Trust or the Note which can be given effect without the conflicting provision, and to this end the provisions of this Deed of Trust and the Note are declared to be severable. As used herein, "costs," "expenses" and "attorneys' fees" include all sums to the extent not prohibited by applicable law or limited herein.

**14. Borrower's Copy.** Borrower shall be furnished a conformed copy of the Note and this Deed of Trust at the time of execution or after recordation hereof.

**15. Rehabilitation Loan Agreement.** Borrower shall fulfill all of Borrower's obligations under any home rehabilitation, improvement, repair, or other loan agreement which Borrower enters into with Lender. Lender, at Lender's option, may require Borrower to execute and deliver to Lender, in a form acceptable to Lender, an assignment of any rights, claims or defenses which Borrower may have against parties who supply labor, materials or services in connection with improvements made to the Property.

**16. Transfer of the Property or a Beneficial Interest in Borrower.** If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this Deed of Trust. However, this option shall not be exercised by Lender if exercise is prohibited by federal law as of the date of this Deed of Trust.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Deed of Trust. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Deed of Trust without further notice or demand on Borrower.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**17. Acceleration; Remedies.** Except as provided in paragraph 16 hereof, upon Borrower's breach of any covenant or agreement of Borrower in this Deed of Trust, including the covenants to pay when due any sums secured by this Deed of Trust, Lender, prior to acceleration shall give notice to Borrower as provided in paragraph 12 hereof specifying: (1) the breach; (2) the action required to cure such breach; (3) a date, not less than 10 days from the date the notice is mailed to Borrower, by which such breach must be cured; and (4) that failure to cure such breach on or before the date specified in the notice may result in acceleration of the sums secured by this Deed of Trust and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense of Borrower to acceleration and sale. If the breach is not cured on or before the date specified in the notice, Lender, at Lender's option may declare all of the sums secured by this Deed of Trust to be immediately due and payable without further demand and may invoke the power of sale and any other remedies permitted by applicable law. Lender shall be entitled to collect all reasonable costs and expenses incurred in pursuing the remedies provided in this paragraph 17, including, but not limited to, reasonable attorneys' fees.

If Lender invokes the power of sale, Lender shall execute or cause Trustee to execute a written notice of the occurrence of an event of default and of Lender's election to cause the Property to be sold and shall cause such notice to be recorded in each county in which the Property or some part thereof is located. Lender or Trustee shall mail copies of such notice in the manner prescribed by applicable law. Trustee shall give public notice of sale to the persons and in the manner prescribed by applicable law. After the lapse of such time as may be required by applicable law, Trustee, without demand on Borrower, shall sell the Property at public auction to the highest bidder at the time and place and under the terms designated in the notice of sale in one or more parcels and in such order as Trustee may determine. Trustee may postpone sale of all or any parcel of the Property by public announcement at the time and place of any previously scheduled sale. Lender or Lender's designee may purchase the Property at any sale.

Trustee shall deliver to the purchaser Trustee's deed conveying the Property so sold without any covenant or warranty, expressed or implied. The recitals in the Trustee's deed shall be prima facie evidence of the truth of the statements made therein. Trustee shall apply the proceeds of the sale in the following order: (a) to all reasonable costs and expenses of the sale, including, but not limited to, reasonable Trustee's and attorneys' fees and costs of title evidence; (b) to all sums secured by this Deed of Trust; and (c) to the excess, if any, to the person or persons legally entitled thereto.

**18. Borrower's Right to Reinstate.** Notwithstanding Lender's acceleration of the sums secured by this Deed of Trust due to Borrower's breach, Borrower shall have the right to have any proceedings begun by Lender to enforce this Deed of Trust discontinued at any time prior to five days before sale of the Property pursuant to the power of sale contained in this Deed of Trust or at any time prior to entry of a judgment enforcing this Deed of Trust if: (a) Borrower pays Lender all sums which would be then due under this Deed of Trust and the Note had no acceleration occurred; (b) Borrower cures all breaches of any other covenants or agreements of Borrower contained in this Deed of Trust; (c) Borrower pays all reasonable expenses incurred by Lender and Trustee in enforcing the covenants and agreements of Borrower contained in this Deed of Trust, and in enforcing Lender's and Trustee's remedies as provided in paragraph 17 hereof, including, but not limited to, reasonable attorneys' fees;

07 0519919



and (d) Borrower takes such action as Lender may reasonably require to assure that the lien of this Deed of Trust, Lender's interest in the Property and Borrower's obligation to pay the sums secured by this Deed of Trust shall continue unimpaired. Upon such payment and cure by Borrower, this Deed of Trust and the obligations secured hereby shall remain in full force and effect as if no acceleration had occurred.

**19. Assignment of Rents; Appointment of Receiver; Lender in Possession.** As additional security hereunder, Borrower hereby assigns to Lender the rents of the Property, provided that Borrower shall, prior to acceleration under paragraph 17 hereof or abandonment of the Property, have the right to collect and retain such rents as they become due and payable.

Upon acceleration under paragraph 17 hereof or abandonment of the Property, Lender, in person, by agent or by judicially appointed receiver shall be entitled to enter upon, take possession of and manage the Property and to collect the rents of the Property including those past due. All rents collected by Lender or the receiver shall be applied first to payment of the costs of management of the Property and collection of rents, including, but not limited to, receiver's fees, premiums on receiver's bonds and reasonable attorneys' fees, and then to the sums secured by this Deed of Trust. Lender and the receiver shall be liable to account only for those rents actually received.

**20. Reconveyance.** Upon payment of all sums secured by this Deed of Trust, Lender shall request Trustee to reconvey the Property and shall surrender this Deed of Trust and all notes evidencing indebtedness secured by this Deed of Trust to Trustee. Trustee shall reconvey the Property without warranty and to the person or persons legally entitled thereto. Such person or persons shall pay all costs of recordation, if any.

**21. Substitute Trustee.** Lender, at Lender's option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county where the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the book and page where this Instrument is recorded and the name and address of the successor trustee. The successor trustee shall, without conveyance of the Property, succeed to all the title, powers and duties conferred upon the Trustee herein and by applicable law. The procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

**22. Request for Notices.** Borrower requests that copies of the notice of default and notice of sale be sent to Borrower's address which is the Property Address. Lender requests that copies of notices of foreclosure from the holder of any lien which has priority over this Deed of Trust be sent to Lender's address, as set forth on page one of this Deed of Trust, as provided by Section 2924(b) of the Civil Code of California.

**23. Statement of Obligation Fee.** Lender may collect a fee not to exceed the maximum amount permitted by Applicable Law for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.

REQUEST FOR NOTICE OF DEFAULT
—————————— AND FORECLOSURE UNDER SUPERIOR ——————————
MORTGAGES OR DEEDS OF TRUST

Borrower and Lender request the holder of any mortgage, deed of trust or other encumbrance with a lien which has priority over this Deed of Trust to give Notice to Lender, at Lender's address set forth on page one of this Deed of Trust, of any default under the superior encumbrance and of any sale or other foreclosure action.

In accordance with Section 2924b, Civil Code, request is hereby made that a copy of any notice of default and a copy of any notice of sale under the deed of trust (or mortgage) recorded                              , in Book
                     , Page                     , records of      LOS ANGELES                              County,
or filed for record with recorder's serial number                     ,           LOS ANGELES
County,    CALIFORNIA                     , executed by

as trustor (or mortgagor) in which

                                                                                                    is named
as beneficiary (or mortgagee) and

                                                                                                    as trustee
be mailed to
at

Initials:

NOTICE: A copy of any notice of default and of any notice of sale will be sent only to the address contained in this recorded request. If your address changes, a new request must be recorded.

_____
Lender Representative

State of California
County of
On _____ , before me

_____ , personally appeared

_____ , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public

IN WITNESS WHEREOF, Borrower has executed this Deed of Trust.

_____ (Seal)          _____ (Seal)
KANE PICOY            -Borrower                              -Borrower

_____ (Seal)          _____ (Seal)
-Borrower                              -Borrower

_____ (Seal)          _____ (Seal)
-Borrower                              -Borrower

_____ (Seal)          _____ (Seal)
-Borrower                              -Borrower

*[Sign Original Only]*

V-76N(CA) (0510)          Page 6 of 7          Form 3805



State of   CALIFORNIA
County of LOS Angeles
On March 5, 2007          , before me Barbara J. Smith,
                                    , Notary Public, personally appeared

KANE PICOY

                                                            , personally known to me
(or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the
instrument.

    WITNESS my hand and official seal.





Initials:
Form 6805



**Loan Name:** KANE PICOY

**LOAN NO.:** ▮▮▮▮▮▮

**Property Address:** 6914 TEXHOMA AVENUE, LOS ANGELES, CA 91406

## EXHIBIT "A"
### LEGAL DESCRIPTION OF PROPERTY

LOT 33 OF TRACT NO. 14362, IN THE CITY OF LOS ANGELES, COUNTY OF
LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK
335, PAGES 29 TO 30 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER
OF SAID COUNTY.

LENDER SUPPORT SYSTEMS INC.  EX-A.FRM  (03/98)

Order No:

EXHIBIT "A"

# LEGAL DESCRIPTION

LOT 33 OF TRACT NO. 14362, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 335 PAGES 29 AND 30 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE, WITHOUT HOWEVER, THE RIGHT OF SURFACE ENTRY, AS RESERVED IN A DEED RECORDED DECEMBER 14, 1915 IN BOOK 6178 PAGE 133, OF DEEDS.

LGLDESC1 - 04/28/89

## SIGNATURE AFFIDAVIT AND AKA STATEMENT
## ACKNOWLEDGMENT OF BORROWER IDENTITY

LOAN NO..

Instructions to Closing Agent: Please complete the AKA Statement and Acknowledgment of Borrower Identity portion of this form, obtain borrower's signature and notarize where indicated.

### Signature Affidavit

I  KANE PICOY

certify that this my true and correct signature

KANE PICOY
Borrower

_Sample Signature_

### AKA Statement

I  KANE PICOY                                                               further certify that I am also known as

Name Variation (Print)                                 Sample Signature (Variation)

Name Variation (Print)                                 Sample Signature (Variation)

Name Variation (Print)                                 Sample Signature (Variation)

Name Variation (Print)                                 Sample Signature (Variation)

---

Acknowledgment of Borrower Identity

Identification Presented:                        Issuing Government Agency _____
[✓] Driver's License                             ID:  C 4 7 4 4 7 2 7
[ ] State ID
[ ] Passport                                     Expiration Date  9 /4/08
[ ] Other Government Issued ID Card
    with Photo or Sample Signature               Issue Date if Applicable  1/6/2004
    Type: _____

State of  CALIFORNIA
County of  LOS ANGELES

On APRIL 11, 2007 , before me KENNETH D. SKELTON, NOTARY PUBLIC
personally appeared  KANE PICOY

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

Signature _____

KENNETH D. SKELTON
Commission # 1476126
Notary Public - California
San Diego County
My Comm. Expires Mar 12, 2008

LENDER SUPPORT SYSTEMS INC   CEN 22 (1/18 (07/01))

# Exhibit 2

MIN█████████
MERS Phone:█████████

## NOTE

LOAN NO.: █████████

MARCH 02, 2007                    ENCINO                    CALIFORNIA
*Date*                             *City*                      *State*

6914 TEXHOMA AVENUE, LOS ANGELES, CA 91406
*Property Address*

### 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $   133,900.00   (this amount will be called "principal"), plus interest, to the order of the Lender. The Lender is MORTGAGEIT,INC

. I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note will be called the "Note Holder."

### 2. INTEREST

I will pay interest at a yearly rate of   12.750   %.

Interest will be charged on unpaid principal until the full amount of principal has been paid.

### 3. PAYMENTS

I will pay principal and interest by making payments each month of U.S. $   1,455.08   .

I will make my payments on the   1st   day of each month beginning on   MAY, 2007   .

. I will make these payments every month until I have paid all of the principal and interest and any other charges, described below, that I may owe under this Note. If, on   APRIL 01, 2037   , I still owe amounts under this Note, I will pay all those amounts, in full, on that date.

I will make my monthly payments at  GMAC MORTGAGE LLC

P.O.BOX 780, WATERLOO, CA 50704-0780   or at a different place if required by the Note Holder.

### 4. BORROWER'S FAILURE TO PAY AS REQUIRED

**(A) Late Charge for Overdue Payments**

If the Note Holder has not received the full amount of any of my monthly payments by the end of   15   calendar days after the date it is due, I will promptly pay a late charge to the Note Holder. The amount of the charge will be   5.000   % of my overdue payment, but not less than U.S. $   5.00   and not more than U.S. $   72.75   . I will pay this late charge only once on any late payment.

**(B) Notice from Note Holder**

If I do not pay the full amount of each monthly payment on time, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date I will be in default. That date must be at least 10 days after the date on which the notice is mailed to me or, if it is not mailed, 10 days after the date on which it is delivered to me.

**(C) Default**

If I do not pay the overdue amount by the date stated in the notice described in (B) above, I will be in default. If I am in default, the Note Holder may require me to pay immediately the full amount of principal which has not been paid and all the interest that I owe on that amount.

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(D) Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back for all of its costs and expenses to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

### 5. THIS NOTE SECURED BY A DEED OF TRUST

In addition to the protections given to the Note Holder under this Note, a Deed of Trust, dated the same day as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Deed of Trust describes how and under what conditions I may be required to make immediate payment in full of all amounts that I owe under this Note.

Some of those conditions are described as follows:

Transfer of the Property or a Beneficial Interest in Borrower. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this Deed of Trust. However, this option shall not be exercised by Lender if exercise is prohibited by federal law as of the date of this Deed of Trust.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Deed of Trust. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Deed of Trust without further notice or demand on Borrower.

### 6. BORROWER'S PAYMENTS BEFORE THEY ARE DUE

I have the right to make payments of principal at any time before they are due. A payment of principal only is known as a "prepayment." When I make a prepayment, I will tell the Note Holder in a letter that I am doing so. A prepayment of all of the unpaid principal is known as a "full prepayment." A prepayment of only part of the unpaid principal is known as a "partial prepayment."

Initials:_____

Form 3905

CALIFORNIA - SECOND MORTGAGE - 6/84 - FNMA/FHLMC UNIFORM INSTRUMENT

V-75(CA) (0204).04                    Page 1 of 2                    LENDER SUPPORT SYSTEMS INC. 7SN-CA.NEW (06/05)

THIS IS CERTIFIED TO
BE A TRUE & CORRECT COPY
D & G ESCROW CORP
BY _____

I may make a full prepayment or a partial prepayment without paying any penalty. The Note Holder will use all of my prepayments to reduce the amount of principal that I owe under this Note. If I make a partial prepayment, there will be no delays in the due dates or changes in the amounts of my monthly payments unless the Note Holder agrees in writing to those delays or changes. I may make a full prepayment at any time. If I choose to make a partial prepayment, the Note Holder may require me to make the prepayment on the same day that one of my monthly payments is due. The Note Holder may also require that the amount of my partial prepayment be equal to the amount of principal that would have been part of my next one or more monthly payments.

**7. BORROWER'S WAIVERS**

I waive my rights to require the Note Holder to do certain things. Those things are: (A) to demand payment of amounts due (known as "presentment"); (B) to give notice that amounts due have not been paid (known as "notice of dishonor"); (C) to obtain an official certification of nonpayment (known as a "protest"). Anyone else who agrees to keep the promises made in this Note, or who agrees to make payments to the Note Holder if I fail to keep my promises under this Note, or who signs this Note to transfer it to someone else also waives these rights. These persons are known as "guarantors, sureties and endorsers."

**8. GIVING OF NOTICES**

Any notice that must be given to me under this Note will be given by delivering it or by mailing it by certified mail addressed to me at the Property Address above. A notice will be delivered or mailed to me at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by mailing it by certified mail to the Note Holder at the address stated in Section 3 above. A notice will be mailed to the Note Holder at a different address if I am given a notice of that different address.

**9. RESPONSIBILITY OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each of us is fully and personally obligated to pay the full amount owed and to keep all of the promises made in this Note. Any guarantor, surety, or endorser of this Note (as described in Section 7 above) is also obligated to do these things. The Note Holder may enforce its rights under this Note against each of us individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note. Any person who takes over my rights or obligations under this Note will have all of my rights and must keep all of my promises made in this Note. Any person who takes over the rights or obligations of a guarantor, surety, or endorser of this Note (as described in Section 7 above) is also obligated to keep all of the promises made in this Note.

**NOTICE TO BORROWER**
Do not sign this Note if it contains blank spaces.
All spaces should be completed before you sign.

_____ (Seal)          _____ (Seal)
KANE PLOY                        -Borrower                                        -Borrower

_____ (Seal)          _____ (Seal)
                                 -Borrower                                        -Borrower

_____ (Seal)          _____ (Seal)
                                 -Borrower                                        -Borrower

_____ (Seal)          _____ (Seal)
                                 -Borrower                                        -Borrower

*(Sign Original Only)*

Pay to the order of:

Without recourse
Mortgage~~~, Inc.

By: _____
Name: _____
Its: Assistant Secretary

# Exhibit 3



**This page is part of your document - DO NOT DISCARD**



# 20190395380

**Pages:**
**0004**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**05/01/19 AT 08:00AM**

| | |
|---|---:|
| FEES: | 26.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 101.00 |



**L E A D S H E E T**





**SEQ:**
**01**

**SECURE - 8:00AM**



**THIS FORM IS NOT TO BE DUPLICATED**

Recording Requested By:
**TIA LABADIE**
After Recording Return To:
**COMPUTERSHARE TITLE SERVICES**
c/o **VISIONET SYSTEMS INC.**
**183 INDUSTRY DRIVE**
**PITTSBURGH, PA 15275**
Voice: **1-(412) 927-0226**

Tax Parcel ID: █████████

## Assignment of Deed Of Trust

ORDER # ████████
MIN # ███████████ MERS PHONE #: ██████████

For value received, Mortgage Electronic Registration Systems, Inc., as nominee for MORTGAGEIT INC,
its successors and assigns, hereby grants, assigns, and transfers to: **Deutsche Bank National Trust
Company, as Indenture Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2007-
SL3** all of its right, title and interest under that certain Deed of Trust dated 2nd day of March, 2007
executed by:

Trustor: KANE PICOY, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY

To Mortgage Electronic Registration Systems, Inc., as nominee for MORTGAGEIT INC, its successors
and assigns, whose address is P.O. Box 2026, Flint, MI 48501-2026 in the amount of: $133,900.00,
recorded 03/09/2007 as Instrument No.: 20070519919 of the Official Records of Los Angeles County,
California

Said Mortgage was Re-recorded to Correct City name on 07/23/2007 as Instrument No.: 20071738484
of the Official Records of Los Angeles County, California.

Property Address: 6914 TEXHOMA AVENUE, VAN NUYS, CALIFORNIA 91406
Legal Description: SEE EXHIBIT "A"

Effective date: __4/29/19__

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**Mortgage Electronic Registration Systems, Inc., as nominee for MORTGAGEIT INC, its successors and assigns**

By: _Scott Slagle_____

**SCOTT SLAGLE**
**ASSISTANT VICE PRESIDENT**

State of **PENNSYLVANIA**
County of **ALLEGHENY**

On _4/29/19_____ before me, Pamuela L Wood the undersigned, a Notary Public in and for the county of ALLEGHENY in the State of Pennsylvania, personally appeared Scott Slagle, ASSISTANT VICE PRESIDENT personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that for his/her signature on the instrument the person, or the entity upon behalf of which he/she acted, executed the instrument.

_Pamuela L Wood_____
**Pamuela L Wood**
My Commission Expires: **02/07/2021**

Commonwealth of Pennsylvania - Notary Seal
PAMUELA L WOOD - Notary Public
Allegheny County
My Commission Expires Feb 7, 2021
Commission Number 1305462

# EXHIBIT "A"

LOT 33 OF TRACT NO. 14362, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 335, PAGES 29 TO 30 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE, WITHOUT HOWEVER, THE RIGHT OF SURFACE ENTRY, AS RESERVED IN A DEED RECORDED DECEMBER 14, 1915 IN BOOK 6178 PAGE 133, OF DEEDS.

LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that Deutsche Bank National Trust Company, a national banking association organized and existing under the laws of the United States, and having its usual place of business at 1761 East St. Andrew Place, Santa Ana, California, 92705, as Trustee (the "Indenture Trustee") for Ace Securities Corp. Home Equity Loan Trust, Series 2007-SL3 pursuant to that Agreements listed on Exhibit A (the "Agreement"), hereby constitutes and appoints the Servicer, by and through the Servicer's officers, the Indenture Trustee's true and lawful Attorney-in-Fact, in the Indenture Trustee's name, place and stead and for the Indenture Trustee's benefit, in connection with all mortgage loans serviced by the Servicer pursuant to the Agreement solely for the purpose of performing such acts and executing such documents in the name of the Indenture Trustee necessary and appropriate to effectuate the following enumerated transactions in respect of any of the mortgages or deeds of trust (the "Mortgages" and the "Deeds of Trust" respectively) and promissory notes secured thereby (the "Mortgage Notes") for which the undersigned is acting as Indenture Trustee for various certificateholders (whether the undersigned is named therein as mortgagee or beneficiary or has become mortgagee by virtue of endorsement of the Mortgage Note secured by any such Mortgage or Deed of Trust) and for which Specialized Loan Servicing LLC as successor servicer to GMAC Mortgage, LLC. is acting as the Servicer.

This Appointment shall apply only to the following enumerated transactions and nothing herein or in the Agreement shall be construed to the contrary:

1.    The modification or re-recording of a Mortgage or Deed of Trust, where said modification or re-recording is solely for the purpose of correcting the Mortgage or Deed of Trust to conform same to the original intent of the parties thereto or to correct title errors discovered after such title insurance was issued; provided that (i) said modification or re-recording, in either instance, does not adversely affect the lien of the Mortgage or Deed of Trust as insured and (ii) otherwise conforms to the provisions of the Agreement.

2.    The subordination of the lien of a Mortgage or Deed of Trust to an easement in favor of a public utility company of a government agency or unit with powers of eminent domain; this section shall include, without limitation, the execution of partial satisfactions/releases, partial reconveyances or the execution or requests to trustees to accomplish same.

3.    The conveyance of the properties to the mortgage insurer, or the closing of the title to the property to be acquired as real estate owned, or conveyance of title to real estate owned.

4.    The completion of loan assumption agreements.

5.    The full satisfaction/release of a Mortgage or Deed of Trust or full conveyance upon payment and discharge of all sums secured thereby, including, without limitation, cancellation of the related Mortgage Note.

6. The assignment of any Mortgage or Deed of Trust and the related Mortgage Note, in connection with the repurchase of the mortgage loan secured and evidenced thereby.

7. The full assignment of a Mortgage or Deed of Trust upon payment and discharge of all sums secured thereby in conjunction with the refinancing thereof, including, without limitation, the assignment of the related Mortgage Note.

8. The full enforcement of and preservation of the Indenture Trustee's interests in the Mortgage Notes, Mortgages or Deeds of Trust, and in the proceeds thereof, by way of, including but not limited to, foreclosure, the taking of a deed in lieu of foreclosure, or the completion of judicial or non-judicial foreclosure or the termination, cancellation or rescission of any such foreclosure, the initiation, prosecution and completion of eviction actions or proceedings with respect to, or the termination, cancellation or rescission of any such eviction actions or proceedings, and the pursuit of title insurance, hazard insurance and claims in bankruptcy proceedings, including, without limitation, any and all of the following acts:

   a. the substitution of trustee(s) serving under a Deed of Trust, in accordance with state law and the Deed of Trust;

   b. the preparation and issuance of statements of breach or non-performance;

   c. the preparation and filing of notices of default and/or notices of sale;

   d. the cancellation/rescission of notices of default and/or notices of sale;

   e. the taking of deed in lieu of foreclosure;

   f. the filing, prosecution and defense of claims, and to appear on behalf of the Trustee, in bankruptcy cases affecting Mortgage Notes, Mortgages or Deeds of Trust;

   g. the preparation and service of notices to quit and all other documents necessary to initiate, prosecute and complete eviction actions or proceedings;

   h. the tendering, filing, prosecution and defense, as applicable, of hazard insurance and title insurance claims, including but not limited to appearing on behalf of the Indenture Trustee in quiet title actions; and

   i. the preparation and execution of such other documents and performance of such other actions as may be necessary under the terms of the Mortgage, Deed of Trust or state law to expeditiously complete said transactions in paragraphs 8.a. through 8.h. above.

9. With respect to the sale of property acquired through a foreclosure or deed-in lieu of foreclosure, including, without limitation, the execution of the following documentation:
   a. listing agreements;
   b. purchase and sale agreements;
   c. grant/warranty/quit claim deeds or any other deed causing the transfer of title of the property to a party contracted to purchase same;

        d.      escrow instructions; and

        e.      any and all documents necessary to effect the transfer of property.

10.     The modification or amendment of escrow agreements established for repairs to the mortgaged property or reserves for replacement of personal property.

The undersigned gives said Attorney-in-Fact full power and authority to execute such instruments and to do and perform all and every act and thing necessary and proper to carry into effect the power or powers granted by or under this Limited Power of Attorney as fully as the undersigned might or could do, and hereby does ratify and confirm to all that said Attorney-in-Fact shall be effective as of March 5, 2014.

This appointment is to be construed and interpreted as a limited power of attorney. The enumeration of specific items, rights, acts or powers herein is not intended to, nor does it give rise to, and it is not to be construed as a general power of attorney.

Solely to the extent that the Servicer has the power to delegate its rights or obligations under the Agreement, the Servicer also has the power to delegate the authority given to it by Deutsche Bank National Trust Company, as Indenture Trustee, under this Limited Power of Attorney, for purposes of performing its obligations and duties by executing such additional powers of attorney in favor of its attorneys-in-fact as are necessary for such purpose. The Servicer's attorneys-in-fact shall have no greater authority than that held by the Servicer.

Nothing contained herein shall: (i) limit in any manner any indemnification provided to the Indenture Trustee under the Agreement, (ii) limit in any manner the rights and protections afforded the Indenture Trustee under the Agreement, or (iii) be construed to grant the Servicer the power to initiate or defend any suit, litigation or proceeding in the name of Deutsche Bank National Trust Company except as specifically provided for herein. If the Servicer receives any notice of suit, litigation or proceeding in the name of Deutsche Bank National Trust Company, then the Servicer shall promptly forward a copy of same to the Indenture Trustee.

This limited power of attorney is not intended to extend the powers granted to the Servicer under the Agreement or to allow the Servicer to take any action with respect to Mortgages, Deeds of Trust or Mortgage Notes not authorized by the Agreement.

The Servicer hereby agrees to indemnify and hold the Indenture Trustee and its directors, officers, employees and agents harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of or in connection with the exercise by the Servicer, or its attorneys-in-fact, of the powers granted to it hereunder. The foregoing indemnity shall survive the termination of this Limited Power of Attorney and the Agreement or the earlier resignation or removal of the Indenture Trustee under the Agreement.

This Limited Power of Attorney is entered into and shall be governed by the laws of the State of New York, without regard to conflicts of law principles of such state.

Third parties without actual notice may rely upon the exercise of the power granted under this Limited Power of Attorney; and may be satisfied that this Limited Power of Attorney shall continue in full force and effect and has not been revoked unless an instrument of revocation has been made in writing by the undersigned.

3

IN WITNESS WHEREOF, Deutsche Bank National Trust Company, as Indenture Trustee for Ace Securities Corp. Home Equity Loan Trust, Series 2007-SL3 has caused its corporate seal to be hereto affixed and these presents to be signed and acknowledged in its name and behalf by a duly elected and authorized signatory this 5th day of March 2014.

Deutsche Bank National Trust Company,
as Indenture Trustee for Ace Securities Corp. Home Equity Loan Trust,
Series 2007-SL3

By:_____
　　　Name:  Ronaldo Reyes
　　　Title:   Vice President

Witness: Gisselle Picard

_____

Witness: Alice Tatusian

_____

Prepared by:

_____
Name:  Cindy Lai
Title:   Assistant Vice President
Address:    Deutsche Bank National Trust Company
　　　　　　  1761 E. Saint Andrew Place
　　　　　　  Santa Ana, CA 92705


State of California}
County of Orange}

On March 5, 2014, before me, Melissa D. Vincent Notary Public, personally appeared Ronaldo Reyes, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
Notary signature

> MELISSA D. VINCENT
> Commission # 1985628
> Notary Public - California
> Orange County
> My Comm. Expires Jul 20, 2016

Exhibit A

Indenture dated as of September 28, 2007 by and between ACE Securities Corp. Home Equity Loan Trust, Series 2007-SL3 as Issuer, U.S. Bank National Association, as successor Securities Administrator and Authenticating Agent to Bank of America National Association, formerly known as LaSalle Bank National Association, and the Indenture Trustee.

Sale and Servicing Agreement dated as of September 1, 2007 for ACE Securities Corp. Home Equity Loan Trust, Series 2007-SL3 by and between ACE Securities Corp. Home Equity Loan Trust, Series 2007-SL3, as Issuing Entity, GMAC Mortgage, LLC., (the "Servicer"), Ace Securities Corp., as Depositor, DB Structured Products, Inc., as Sponsor, U.S. Bank National Association, as successor Master Servicer and Securities Administrator to Bank of America National Association, formerly known as LaSalle Bank National Association, and the Indenture Trustee

# Exhibit 4

# Fax Transmission

**To:**  BK Department -

**Fax:**  15629835379

**RE:**  TS No 9462-6443 - 6914 Texhoma Avenue, Los An

**From:**  Kane Picoy

**Date:**  4/6/2022 3:59:05 PM PDT

**Pages:**  7

---

**Comments:**

Please note that I have filed BK to protect.  See attached documents.

United States Bankruptcy Court
Central District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under
Chapter 13 of the United States Bankruptcy Code, entered on 04/04/2022
at 10:20 AM and filed on 04/04/2022.



**FILED**
**04/04/2022**

**Anton Guttierez**
PO Box 18471
Encino, CA 91416
818-747-0989
SSN / ITIN: xxx-xx-8982
Tax ID / EIN: 27-5268155
*dba* **Tee's Plumbing and Home Improvement**

**Somchanh Sayathep**
PO Box 18471
Encino, CA 91416
818-747-0989
SSN / ITIN: xxx-xx-8962

The bankruptcy trustee is:

**Elizabeth (SV) F Rojas (TR)**
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
818-933-5700

The case was assigned case number 1:22-bk-10398-VK to Judge Victoria S. Kaufman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 21041 Burbank Blvd,, Woodland Hills, CA
91367-6603.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Kathleen J. Campbell**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|



**This page is part of your document - DO NOT DISCARD**



**201905011080009**



Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**05/01/19 AT 08:00AM**

| | |
|---|---:|
| FEES: | 26.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 101.00 |



**L E A D S H E E T**



201905011080009

**00016560148**



009794240

**SEQ:**
**01**

SECURE - 8:00AM



**THIS FORM IS NOT TO BE DUPLICATED**

253817-PICOY

E 348911

RECORDING REQUESTED BY:

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:

Kane Picoy
6914 Texhoma Ave
Van Nuys, CA 91406

Order No.:
Escrow No.:
APN: 2229-004-033

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

DOCUMENTARY TRANSFER TAX IS $_____

_____ Computed on full value of property conveyed, or

_____ Computed on full value less liens and encumbrances remaining at time of sale

_____ Unincorporated area  _____ City of _____

For valuable consideration, receipt of which is hereby acknowledged,

Kane Picoy, a married man, as his sole and separate property

hereby GRANT(S) to

Anton Guttierez and Kane Picoy as Joint Tenants

the real property situated in the County of  Los Angeles, State of California, more particularly described as
follows:

Dated: _03-08-2012_

Kane Picoy

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                    )
                                       ) SS
COUNTY OF  _La Angeles_                )

On _03-08-2012_ before me, _Fregi Cohen_ , Notary Public, personally

appeared _Kane Picoy_

who proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal.

Signature_____

FREGI COHEN
Commission # 1882881
Notary Public - California
Los Angeles County
My Comm. Expires Apr 6, 2014

MAIL TAX STATEMENTS AS DIRECTED ABOVE

## EXHIBIT "A"

LOT 33 OF TRACT NO. 14362, IN THE CITY OF LOS ANGELES, COUNTY OF
LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK
335, PAGES 29 TO 30 OF MAPS, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER
HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND LYING BELOW A
DEPTH OF 500 FEET FROM THE SURFACE, WITHOUT HOWEVER, THE
RIGHT OF SURFACE ENTRY, AS RESERVED IN A DEED RECORDED
DECEMBER 14, 1915 IN BOOK 6178 PAGE 133, OF DEEDS.

RECORDING REQUESTED BY
**LPS Default Title & Closing**
**3220 El Camino Real**
**Irvine, CA 92602**

AND WHEN RECORDED MAIL TO:
**Affinia Default Services, LLC**
**301 E. Ocean Blvd. Suite 1720**
**Long Beach, CA 90802**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T.S. No.: 9462-6443    TSG Order No.: 200087628-CA-VOI  A.P.N.: 2229-004-033

## NOTICE OF TRUSTEE'S SALE

**PURSUANT TO CIVIL CODE § 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS
NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED
TO THE TRUSTOR.**

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 03/02/2007. UNLESS YOU TAKE
ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED
AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD
CONTACT A LAWYER.

Affinia Default Services, LLC, as the duly appointed Trustee, under and pursuant to the power of sale
contained in that certain Deed of Trust Recorded 03/09/2007 as Document No.: 20070519919, and re-
recorded on 07/23/2007, as Document No.:20071738484, of Official Records in the office of the
Recorder of Los Angeles County, California, executed by: KANE PICOY, A MARRIED MAN AS HIS
SOLE AND SEPARATE PROPERTY, as Trustor,  WILL SELL AT PUBLIC AUCTION TO THE
HIGHEST BIDDER FOR CASH (payable in full at time of sale by cash, a cashier's check drawn by a
state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or
federal savings and loan association, savings association, or savings bank specified in section 5102 of
the Financial Code and authorized to do business in this state). All right, title and interest conveyed
to and now held by it under said Deed of Trust in the property situated in said County and state, and
as more fully described in the above referenced Deed of Trust.

**Sale Date & Time: 01/13/2022 at 10:00 AM**
**Sale Location: Behind the fountain located in Civic Center Plaza, 400 Civic Center Plaza,**
**Pomona, CA 91766**

The street address and other common designation, if any, of the real property described above is
purported to be: 6914 TEXHOMA AVENUE, LOS ANGELES, CA 91406

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other
common designation, if any, shown herein. Said sale will be made in an "AS IS" condition, but without
covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the
remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as
provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees,
charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit:

**$341,218.37** (Estimated).   Accrued interest and additional advances, if any, will increase this figure prior to sale.   It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call, 916-939-0772 for information regarding the trustee's sale or visit this internet website, www.nationwideposting.com, for information regarding the sale of this property, using the file number assigned to this case, T.S.# 9462-6443. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the internet website. The best way to verify postponement information is to attend the scheduled sale.

**NOTICE TO TENANT:** You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call 916-939-0772, or visit this internet website www.nationwideposting.com using the file number assigned to this case, 9462-6443, to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee and the successful bidder shall have no further recourse.**

Affinia Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
833-290-7452
For Trustee Sale Information Log On To: www.nationwideposting.com or Call: 916-939-0772.

**Affinia Default Services, LLC, Samantha Snyder, Foreclosure Associate**

This communication is an attempt to collect a debt and any information obtained will be used for that purpose  However, if you have received a discharge of the debt referenced herein in a bankruptcy proceeding, this is not an attempt to impose personal liability upon you for payment of that debt  In the event you have received a bankruptcy discharge, any action to enforce the debt will be taken against the property only.

# Fax Transmission

**To:** BK Department -

**Fax:** 15629835379

**RE:** TS No. 9462-6443 - 6914 Texhoma Avenue, Los A

**From:** Kane Picoy

**Date:** 6/29/2022 4:42:29 PM PDT

**Pages:** 7

---

**Comments:**

6/29/2022                                CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

United States Bankruptcy Court
Central District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under
Chapter 13 of the United States Bankruptcy Code, entered on 06/29/2022
at 09:48 AM and filed on 06/29/2022.

**FILED**
06/29/2022

**Javier Torres**
9015 Haddon Ave
Sun Valley, CA 91352
SSN / ITIN: xxx-xx-2715

The bankruptcy trustee is:

**Elizabeth (SV) F Rojas (TR)**
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
818-933-5700

The case was assigned case number 1:22-bk-10760-MB to Judge Martin R. Barash.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 21041 Burbank Blvd., Woodland Hills, CA
91367-6603.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Kathleen J. Campbell**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 06/29/2022 15:57:01 | | |
| PACER Login: | pacerts4967 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 1:22-bk-10760-MB |
| Billable Pages: | 1 | Cost: | 0.10 |

▲                    **This page is part of your document - DO NOT DISCARD**                    ▲



**20071758**                    Pages: 003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**07/25/07 AT 10:17AM**

964331        200707250010024   Mail

Fee:  14.00
Tax:  0.00
Other: 0.00
Total: 14.00

**TITLE(S) :   DEED**

---

▲                                                                          ▲



L E A D   S H E E T

**Assessor's Identification Number (AIN)**
**To be completed by Examiner OR Title Company in black ink.**        **Number of AIN's Shown**

▲      E.4700M         **THIS FORM IS NOT TO BE DUPLICATED**                    ▲

2

**RECORDING REQUEST BY**

**WHEN RECORDED MAIL TO**

NAME: KANE PICOY
MAILING: 6914 TEXHOMA AVE,
ADDRESS

CITY, STATE: VAN NUYS, CA 91406
ZIP CODE

20071758

---

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

## QUITCLAIM DEED

RECORDING REQUESTED BY
CHICAGO TITLE - GLENDALE
AND WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHERWISE
SHOWN BELOW, MAIL TAX STATEMENT TO:

KANE PICOY
6914 TEXHOMA AVENUE
VAN NUYS, CA 91406

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# Quitclaim Deed

THE UNDERSIGNED GRANTOR(S) DECLARE(S)          Tax Parcel No. 2229-004-033

DOCUMENTARY TRANSFER TAX IS $0          CITY TAX $
[ ] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale,

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
KANE PICOY, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY

Hereby GRANT(S) to
JAVIER TORRES, KANE PICOY, AND THE PICOY LIVING TRUST DATED DECEMBER 14, 2006
The following described real property in the City of LOS ANGELES , County of LOS ANGELES, State of California

LOT 33 OF TRACT NO. 14362, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS
PER MAP RECORDED IN BOOK 335, PAGES 29 TO 30 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
COUNTY.

KANE PICOY

STATE OF CALIFORNIA
COUNTY OF Los Angeles

ON May 29, 2007 before me, Bertha Valdez          , Notary Public, personally appeared

KANE PICOY

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

BERTHA VALDEZ
Commission # 1431623
Notary Public - California
Los Angeles County
My Comm. Expires Jul 20, 2007

Signature: Bertha Valdez          (this area for official notarial seal)

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE;IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

Name          Street Address          City & State

RECORDING REQUESTED BY
**LPS Default Title & Closing**
**3220 El Camino Real**
**Irvine, CA 92602**

AND WHEN RECORDED MAIL TO:
**Affinia Default Services, LLC**
**301 E. Ocean Blvd. Suite 1720**
**Long Beach, CA 90802**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T.S. No.: 9462-6443    TSG Order No.: 200087628-CA-VOI A.P.N.: 2229-004-033

## NOTICE OF TRUSTEE'S SALE

**PURSUANT TO CIVIL CODE § 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.**

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 03/02/2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

Affinia Default Services, LLC, as the duly appointed Trustee, under and pursuant to the power of sale contained in that certain Deed of Trust Recorded 03/09/2007 as Document No.: 20070519919, and re-recorded on 07/23/2007, as Document No.:20071738484, of Official Records in the office of the Recorder of Los Angeles County, California, executed by: KANE PICOY, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, as Trustor, WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (payable in full at time of sale by cash, a cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state). All right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and state, and as more fully described in the above referenced Deed of Trust.

**Sale Date & Time: 01/13/2022 at 10:00 AM**
**Sale Location: Behind the fountain located in Civic Center Plaza, 400 Civic Center Plaza, Pomona, CA 91766**

The street address and other common designation, if any, of the real property described above is purported to be: 6914 TEXHOMA AVENUE, LOS ANGELES, CA 91406

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made in an "AS IS" condition, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit:

**$341,218.37** (Estimated).   Accrued interest and additional advances, if any, will increase this figure prior to sale.  It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call, 916-939-0772 for information regarding the trustee's sale or visit this internet website, www.nationwideposting.com, for information regarding the sale of this property, using the file number assigned to this case, T.S.# 9462-6443. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the internet website. The best way to verify postponement information is to attend the scheduled sale.

**NOTICE TO TENANT:** You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call 916-939-0772, or visit this internet website www.nationwideposting.com using the file number assigned to this case, 9462-6443, to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee and the successful bidder shall have no further recourse.**

Affinia Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
833-290-7452
For Trustee Sale Information Log On To: www.nationwideposting.com or Call: 916-939-0772.

**Affinia Default Services, LLC, Samantha Snyder, Foreclosure Associate**

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of the debt referenced herein in a bankruptcy proceeding, this is not an attempt to impose personal liability upon you for payment of that debt. In the event you have received a bankruptcy discharge, any action to enforce the debt will be taken against the property only.

# Fax Transmission

**To:**  BK Department -

**Fax:**  15629835379

**RE:**  TS No 9462-6443 - 6914 Texhoma Avenue, Los An

**From:**  Ken Picoy

**Date:**  10/27/2022 9:05:35 AM PDT

**Pages:**  7

---

**Comments:**

Please note that I have filed chapter 13 BK protection

United States Bankruptcy Court
Central District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under
Chapter 13 of the United States Bankruptcy Code, entered on 10/26/2022
at 4:35 PM and filed on 10/26/2022.



Maria Urquiza
6914 Texhoma Ave
Van Nuys, CA 91406
818-317-7103
SSN/ITIN xxx-xx-5663

The bankruptcy trustee is:

Elizabeth (SV) F Rojas (TR)
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
818-933-5700

The case was assigned case number 1:22-bk-11252-MB to Judge Martin R. Barash.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 21041 Burbank Blvd,, Woodland Hills, CA
91367-6603.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

Kathleen J. Campbell
Clerk, U.S. Bankruptcy Court

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

| FEES: | 26.00 |
|---|---|
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 101.00 |



**L E A D S H E E T**



**00016560148**

009794240

**SEQ:
01**

**SECURE - 8:00AM**



**THIS FORM IS NOT TO BE DUPLICATED**



RECORDING REQUESTED BY

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:

Kane Picoy
6914 Texhoma Ave
Van Nuys, CA 91406

Order No.
Escrow No.
APN 2229-004-033

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)

DOCUMENTARY TRANSFER TAX IS $_____
_____ Computed on full value of property conveyed, or
_____ Computed on full value less liens and encumbrances remaining at time of sale
_____ Unincorporated area _____ City of _____

For valuable consideration, receipt of which is hereby acknowledged.

Kane Picoy, a married man, as his sole and separate property

hereby GRANT(S) to

Maria Urquiza, Kane Picoy and Anton Gutierrez, all as joint tenants

the real property situated in the County of Los Angeles, State of California, more particularly described as
follows:

Dated: 03-08-2012

Kane Picoy

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
) SS
COUNTY OF Los Angeles )

On 03-08-2012 before me FREGI COHEN Notary Public, personally

appeared Kane Picoy
who proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies)
and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal.

Signature _____

FREGI COHEN
Commission # 1882881
Notary Public - California
Los Angeles County
My Comm. Expires Apr 6, 2014

MAIL TAX STATEMENTS AS DIRECTED ABOVE

## EXHIBIT "A"

LOT 33 OF TRACT NO. 14362, IN THE CITY OF LOS ANGELES, COUNTY OF
LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK
335, PAGES 29 TO 30 OF MAPS, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER
HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND LYING BELOW A
DEPTH OF 500 FEET FROM THE SURFACE, WITHOUT HOWEVER, THE
RIGHT OF SURFACE ENTRY, AS RESERVED IN A DEED RECORDED
DECEMBER 14, 1915 IN BOOK 6178 PAGE 133, OF DEEDS.

RECORDING REQUESTED BY
LPS Default Title & Closing
3220 El Camino Real
Irvine, CA 92602

AND WHEN RECORDED MAIL TO:
Affinia Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T.S. No.: 9462-6443   TSG Order No.: 200087628-CA-VOI A.P.N.: 2229-004-033

## NOTICE OF TRUSTEE'S SALE

**PURSUANT TO CIVIL CODE § 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.**

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 첨부 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 03/02/2007.   UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

Affinia Default Services, LLC, as the duly appointed Trustee, under and pursuant to the power of sale contained in that certain Deed of Trust Recorded 03/09/2007 as Document No.: 20070519919, and re-recorded on 07/23/2007, as Document No.:20071738484, of Official Records in the office of the Recorder of Los Angeles County, California, executed by: KANE PICOY, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, as Trustor,  WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (payable in full at time of sale by cash, a cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state).   All right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and state, and as more fully described in the above referenced Deed of Trust.

**Sale Date & Time: 01/13/2022 at 10:00 AM**
**Sale Location: Behind the fountain located in Civic Center Plaza, 400 Civic Center Plaza, Pomona, CA 91766**

The street address and other common designation, if any, of the real property described above is purported to be: 6914 TEXHOMA AVENUE, LOS ANGELES, CA 91406

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made in an "AS IS" condition, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit:

**$341,218.37** (Estimated).   Accrued interest and additional advances, if any, will increase this figure prior to sale.  It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call, 916-939-0772 for information regarding the trustee's sale or visit this internet website, www.nationwideposting.com, for information regarding the sale of this property, using the file number assigned to this case, T.S.# 9462-6443. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the internet website. The best way to verify postponement information is to attend the scheduled sale.

**NOTICE TO TENANT:** You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call 916-939-0772, or visit this internet website www.nationwideposting.com using the file number assigned to this case, 9462-6443, to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee and the successful bidder shall have no further recourse.**

Affinia Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
833-290-7452
For Trustee Sale Information Log On To www.nationwideposting.com or Call: 916-939-0772.

Affinia Default Services, LLC, Samantha Snyder, Foreclosure Associate

This communication is an attempt to collect a debt and any information obtained will be used for that purpose However, if you have received a discharge of the debt referenced herein in a bankruptcy proceeding, this is not an attempt to impose personal liability upon you for payment of that debt In the event you have received a bankruptcy discharge, any action to enforce the debt will be taken against the property only

# Fax Transmission

**To:**  BK Department -

**Fax:**  15629835379

**RE:**  TS No 9462-6443 - 6914 Texhoma Avenue, Los An

**From:**  Jeffrey L. Millman

**Date:**  12/28/2022 3:32:27 PM PST

**Pages:**  5

---

**Comments:**

Please note that I have an interest on property and filed for Chapter 13 BK protection.

Sincerely

United States Bankruptcy Court
Central District of California

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under
Chapter 13 of the United States Bankruptcy Code, entered on 12/28/2022
at 09:23 AM and filed on 12/28/2022.

**FILED**
**12/28/2022**

**Jeffrey L Millman**
6914 Texhoma Ave
Van Nuys, CA 91406
SSN / ITIN: xxx-xx-6228

The bankruptcy trustee is:

**Elizabeth (SV) F Rojas (TR)**
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
818-933-5700

The case was assigned case number 1:22-bk-11493-MB to Judge Martin R. Barash.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 21041 Burbank Blvd., Woodland Hills, CA
91367-6603.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Kathleen J. Campbell**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/28/2022 15:20:59 | | |
| **PACER Login:** | pacerts4967 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 1:22-bk-11493-MB |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**RECORDING REQUESTED BY**
CHICAGO TITLE - GLENDALE



03/09/07

20073892001

3

'AND WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHERWISE
SHOWN BELOW, MAIL TAX STATEMENT TO
KANE PICOY
6914 TEXHOMA AVENUE
VAN NUYS, CA  91406

Escrow No  3-41142-4
Title Order No  76105505-A33

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# Grant Deed

**THE UNDERSIGNED GRANTOR(S) DECLARE(S)**          Tax Parcel No  2229-004-033

**DOCUMENTARY TRANSFER TAX IS $          CITY TAX $**
☒ computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale,

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,**
JESUS SERRANO, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY

**Hereby GRANT(S) to**
KANE PICOY AND JEFFREY L MILLMAN AS JOINT TENANTS

**The following described real property in the CITY OF LOS ANGELES, County of LOS ANGELES, State of California**

LOT 33 OF TRACT NO  14362, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS
PER MAP RECORDED IN BOOK 335, PAGES 29 TO 30 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
COUNTY

DATED:  January 29, 2007                                   **SEE EXHIBIT A**

*Jesus Serrano*

**JESUS SERRANO**

STATE OF CALIFORNIA
COUNTY OF Los Angeles

ON 2|7|07      before me, Bertha Valdez      , Notary Public, personally appeared

JESUS SERRANO

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

BERTHA VALDEZ
Commission # 1431623
Notary Public - California
Los Angeles County
My Comm  Expires Jul 20, 2007

Signature *Bertha Valdez*                              (this area for official notarial seal)

**MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE;IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE**

Name                          Street Address                                        City & State

## EXHIBIT "A"
# LEGAL DESCRIPTION

LOT 33 OF TRACT NO. 14362, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES,
STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 335 PAGES 29 AND 30 OF MAPS, IN
THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN AND
UNDER SAID LAND LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE, WITHOUT HOWEVER,
THE RIGHT OF SURFACE ENTRY, AS RESERVED IN A DEED RECORDED DECEMBER 14, 1915 IN
BOOK 6178 PAGE 133, OF DEEDS.



**This page is part of your document - DO NOT DISCARD**





Pages.

**20073892001**   **003**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

Fees

**$37.00**

**03/09/07 AT 08:00AM**

**TitleCompany**

## TITLE(S) : DEED





L E A D    S H E E T

**Assessor's Identification Number (AIN)**
**To be completed by Examiner OR Title Company in black ink.**   **Number of AIN's Shown**



**THIS FORM IS NOT TO BE DUPLICATED**



**Francesca Maldonado**

| | |
|---|---|
| **From:** | Inquiries - Affinia Default |
| **Sent:** | Monday, April 17, 2023 5:21 PM |
| **To:** | David Tith; Laura Coughlin; Omar Solorzano; Chenda Turner; Trixie Obnimaga; Trixie Obnimaga |
| **Subject:** | FW: TS No. 22-02792CA - 6914 Texhoma Ave, Van Nuys, CA 91406 |
| **Attachments:** | NTS.pdf; BK Picoy.pdf |

**From:** Processing Desk <processing.dep20@gmail.com>
**Sent:** Monday, April 17, 2023 9:20:38 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Inquiries - Affinia Default <inquiries@affiniadefault.com>
**Subject:** TS No. 22-02792CA - 6914 Texhoma Ave, Van Nuys, CA 91406

Please postpone Trustee Sale.  I have filed for Chapter 13 BK to resume payment on my home loan.

Sincerely

See Attached documents

1

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 04/10/2023 at 10:23 AM and filed on 04/10/2023.

**Antonio Levar Jones**
6914 Texhoma Ave
Van Nuys, CA 91406
SSN/ITIN: xxx-xx-6201



The bankruptcy trustee is:

**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

The case was assigned case number 2:23-bk-12128-VZ to Judge Vincent P. Zurzolo.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kathleen J. Campbell**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/17/2023 13:35:29 | | |
| **PACER Login:** | pacerts4967 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 2:23-bk-12128-VZ |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |



**This page is part of your document - DO NOT DISCARD**





# 20230168875



**Pages:**
**0004**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**03/16/23 AT 08:00AM**

| | |
|---|---|
| FEES: | 35.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 110.00 |



**L E A D S H E E T**



202303160210006

**00023277753**



013968781

**SEQ:**
**01**

**SECURE - 8:00AM**



**THIS FORM IS NOT TO BE DUPLICATED**

200087628 JB

E634519

**RECORDING REQUESTED BY:**
ServiceLink

**AND WHEN RECORDED MAIL TO:**
Affinia Default Services, LLC
301 E. Ocean Blvd., Suite 1720, Long Beach, CA 90802

SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN: **2229-004-033**        TS No.: **22-02792CA**        TSG Order No.: **200087628-CA-VOI**

## NOTICE OF TRUSTEE SALE UNDER DEED OF TRUST

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED*
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED MARCH 2, 2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

**Affinia Default Services, LLC**, as the duly appointed Trustee, under and pursuant to the power of sale contained in that certain Deed of Trust Recorded **March 9, 2007** as Document No.: 20070519919 of Official Records in the office of the Recorder of **Los Angeles** County, California, executed by: **KANE PICOY, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**, as Trustor, will be sold AT PUBLIC AUCTION TO THE HIGHEST BIDDER for cash (payable in full at time of sale by cash, a cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state). All right, title and interest conveyed to and now held by it under said deed of trust in the property situated in said county and state, and as more fully described in the above referenced deed of trust.

Sale Date: **April 18, 2023**
Sale Time: **10:00 AM**
Sale Location: **Behind the fountain located in Civic Center Plaza, 400 Civic Center Plaza, Pomona, CA 91766**

The street address and other common designation, if any, of the real property described above is purported to be: **6914 TEXHOMA AVENUE, LOS ANGELES, CA 91406.**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made in an "AS IS" condition, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit: **$362,744.76** (Estimated). Accrued interest and additional advances, if any, will increase this figure prior to sale. It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call, (916) 939-0772 for information regarding the trustee's sale or visit this internet website, www.nationwideposting.com, for information regarding the sale of this property, using the file number assigned to this case, T.S.# 22-02792CA. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the internet website. The best way to verify postponement information is to attend the scheduled sale.

**NOTICE TO TENANT:** You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call (916) 939-0772, or visit this internet website www.nationwideposting.com, using the file number assigned to this case 22-02792CA to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee and the successful bidder shall have no further recourse.**

For Trustee Sale Information Log On To: www.nationwideposting.com or Call: (916) 939-0772.

Dated: **March 10, 2023**

By: **Kellee Vollendorff**
Foreclosure Associate
Affinia Default Services, LLC
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
(833) 290-7452

RECORDING REQUESTED BY
CHICAGO TITLE - GLENDALE

03/09/07

||||||||||||||||||||||||||||||||||||
20073892012

3

'AND WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHERWISE
SHOWN BELOW, MAIL TAX STATEMENT TO
KANE PICOY
6914 TEXHOMA AVENUE
VAN NUYS, CA 91406

Escrow No  3-41142-4
Title Order No 76105505-A33

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# Grant Deed

THE UNDERSIGNED GRANTOR(S) DECLARE(S)

Tax Parcel No  2229-004-033

DOCUMENTARY TRANSFER TAX IS $         CITY TAX $
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale,

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
    JESUS SERRANO, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY

Hereby GRANT(S) to

    KANE PICOY, ANTONIO LEVAR JONES  AND  JEFFREY L MILLMAN AS JOINT TENANTS

The following described real property in the CITY OF LOS ANGELES, County of LOS ANGELES, State of California

LOT 33 OF TRACT NO  14362, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS
PER MAP RECORDED IN BOOK 335, PAGES 29 TO 30 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
COUNTY

DATED: January 29, 2007

**SEE EXHIBIT A**

*Jesus Serrano*

**JESUS SERRANO**

STATE OF CALIFORNIA
COUNTY OF  Los Angeles

ON  2/7/07    before me,  Bertha Valdez    , Notary Public, personally appeared

JESUS SERRANO

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Signature  *Bertha Valdez*

BERTHA VALDEZ
Commission # 1431623
Notary Public - California
Los Angeles County
My Comm  Expires Jul 20, 2007

(this area for official notarial seal)

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE;IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

Name                          Street Address                          City & State

EXHIBIT "A"

# LEGAL DESCRIPTION

LOT 33 OF TRACT NO. 14362, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 335 PAGES 29 AND 30 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE, WITHOUT HOWEVER, THE RIGHT OF SURFACE ENTRY, AS RESERVED IN A DEED RECORDED DECEMBER 14, 1915 IN BOOK 6178 PAGE 133, OF DEEDS.



**This page is part of your document - DO NOT DISCARD**



Pages.

**20073892012** 003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

Fees

**$37.00**

03/09/07 AT 08:12AM

**TitleCompany**

## TITLE(S) : DEED



L E A D    S H E E T

**Assessor's Identification Number (AIN)**
**To be completed by Examiner OR Title Company in black ink.**        **Number of AIN's Shown**

-        -



**THIS FORM IS NOT TO BE DUPLICATED**

2

## RECORDING REQUESTED BY:

**WHEN RECORDED MAIL TO.**

KANE PICOY
6914 TEXHOMA AVE
VAN NUYS, CA 91406

TITLE

Grant Deed

# Exhibit 5

Printed on Apr 21 2023 12:25 pm

# 1:22-bk-10398 - Anton Guttierrez and Somchanh Sayathep

Docket Header Last Updated: 4/21/2023 12:25 pm

Pln13F, BPP, Repeat-cacb, RepeatPACER, DISMISSED, CLOSED

## U.S. Bankruptcy Court
## Central District of California (San Fernando Valley)
## Bankruptcy Petition #: 1:22-bk-10398-VK

|  |  |
|---|---|
| *Assigned to:* Victoria S. Kaufman | *Date filed:* 04/04/2022 |
| Chapter 13 | *Date terminated:* 07/06/2022 |
| Voluntary | *Debtor dismissed:* 06/10/2022 |
| Asset | *Joint debtor dismissed:* 06/10/2022 |
| Claims Register | *341 meeting:* 06/01/2022 |

*Debtor disposition:* Dismissed for Other Reason
*Joint debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| ***Debtor*** | represented by **Anton Guttierrez** |
| **Anton Guttierrez** | PRO SE |
| PO Box 18471 | |
| Encino, CA 91416 | |
| LOS ANGELES-CA | |
| 818-747-0989 | |
| SSN / ITIN: xxx-xx-8982 | |
| Tax ID / EIN: 27-5268155 | |
| *dba* Tee's Plumbing and Home Improvement | |

| | |
|---|---|
| ***Joint Debtor*** | represented by **Somchanh Sayathep** |
| **Somchanh Sayathep** | PRO SE |

PO Box 18471

Encino, CA 91416

LOS ANGELES-CA

818-747-0989

SSN / ITIN: xxx-xx-8962

*Trustee*

**Elizabeth (SV) F Rojas (TR)**

Valley Executive Center

15260 Ventura Blvd., Suite 710

Sherman Oaks, CA 91403

818-933-5700

*Trustee*

**Elizabeth (SV) F Rojas (TR)**

Valley Executive Center

15260 Ventura Blvd., Suite 710

Sherman Oaks, CA 91403

818-933-5700

*U.S. Trustee*

**United States Trustee (SV)**

915 Wilshire Blvd, Suite 1850

Los Angeles, CA 90017

(213) 894-6811

| | | |
|---|---|---|
| 07/06/2022 | 27 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (TK) (Entered: 07/06/2022) |
| 06/16/2022 | **26** | Proof of service *for Trustees Final Report and Account* Filed by Trustee Elizabeth (SV) F Rojas (TR). (Rojas (TR), Elizabeth (SV)) (Entered: 06/16/2022) |
| 06/16/2022 | **25** | Chapter 13 Trustee's Final Report and Account . (Rojas (TR), Elizabeth (SV)) (Entered: 06/16/2022) |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2022 | 24 | BNC Certificate of Notice - PDF Document. (RE: related document(s)21 ORDER dismissing chapter 13 case for failure to make required payments (BNC-PDF) No. of Notices: 1. Notice Date 06/12/2022. (Admin.) (Entered: 06/12/2022) |
| 06/12/2022 | 23 | BNC Certificate of Notice (RE: related document(s)22 Notice of dismissal (BNC)) No. of Notices: 13. Notice Date 06/12/2022. (Admin.) (Entered: 06/12/2022) |
| 06/10/2022 | 22 | Notice of dismissal (BNC) (PG) (Entered: 06/10/2022) |
| 06/10/2022 | 21 | ORDER dismissing chapter 13 case for failure to make required payments - **Both Debtors** Dismissed. (BNC-PDF) Signed on 6/10/2022 (RE: related document(s)2 Meeting (AutoAssign Chapter 13)). (PG) (Entered: 06/10/2022) |
| 06/07/2022 | 20 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Tiggs, Marcus. (Tiggs, Marcus) |
| 05/18/2022 | 19 | Notice / *Re-Notice of 341(a) Meeting Zoom ID and Information* Filed by Trustee Elizabeth (SV) F Rojas (TR). (Rojas (TR), Elizabeth (SV)) (Entered: 05/18/2022) |
| 05/17/2022 | 18 | Chapter 13 Trustee Periodic Accounting Report . (Rojas (TR), Elizabeth (SV)) |
| 05/03/2022 | 17 | Objection to Confirmation of Plan Filed by Creditor Santander Consumer USA Inc. (RE: related document(s)[14] Chapter 13 Plan (LBR F3015-1). Filed by Debtor Anton Guttierrez, Joint Debtor Somchanh Sayathep (RE: related document(s)[1] Chapter 13 Voluntary Petition Individual. Fee Amount $313 Filed by Anton Guttierrez, Somchanh Sayathep Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 4/18/2022. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/18/2022. Schedule C: The Property You Claim as Exempt (Form 106C) due 4/18/2022. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/18/2022. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/18/2022. Schedule H: Your Codebtors (Form 106H or 206H) due 4/18/2022. Schedule I: Your Income (Form 106I) due 4/18/2022. Schedule J: Your Expenses (Form 106J) due 4/18/2022. Statement of Financial Affairs (Form 107 or 207) due 4/18/2022. Chapter 13 Plan (LBR F3015-1) due by 4/18/2022. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 4/18/2022. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 4/18/2022. Statement of Related Cases (LBR Form F1015-1) due 4/18/2022. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 4/18/2022. Incomplete Filings due by 4/18/2022..).). (Attachments: # (1) Exhibit)(Ith, Sheryl) |
| 04/18/2022 | 16 | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Anton Guttierrez , Joint Debtor Somchanh Sayathep (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Fisher, Liliana) (Entered: 04/18/2022) |
| 04/18/2022 | 15 | Statement of Related Cases (LBR Form 1015-2.1) , Disclosure of Compensation of Bankruptcy Petition Preparer (Official Form 2800) Filed by Debtor Anton Guttierrez , Joint Debtor Somchanh Sayathep (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Fisher, Liliana) (Entered: 04/18/2022) |
| 04/15/2022 | 14 | Chapter 13 Plan (LBR F3015-1). Filed by Debtor Anton Guttierrez , Joint Debtor Somchanh Sayathep (RE: related document(s)1 Chapter 13 Voluntary Petition Individual . Fee Amount $313 Filed by Anton Guttierrez , Somchanh Sayathep Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due **4/18/2022**. Schedule A/B: Property (Form 106A/B or 206A/B) due **4/18/2022**. Schedule C: The Property You Claim as Exempt (Form 106C) due **4/18/2022**. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due **4/18/2022**. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due **4/18/2022**. Schedule H: Your Codebtors (Form 106H or 206H) due **4/18/2022**. Schedule I: Your Income (Form 106I) due **4/18/2022**. Schedule J: Your Expenses (Form 106J) due **4/18/2022**. Statement of Financial Affairs (Form 107 or 207) due **4/18/2022**. Chapter 13 Plan (LBR F3015-1) due by **4/18/2022**. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: **4/18/2022**. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: **4/18/2022**. Statement of Related Cases (LBR Form F1015-1) due **4/18/2022**. Declaration by |

| Date Filed | # | Docket Text |
|---|---|---|
| | | Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by **4/18/2022**. Incomplete Filings due by **4/18/2022**. .). (Fisher, Liliana) (Entered: 04/15/2022) |
| 04/15/2022 | 13 | Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Schedule I Individual: Your Income (Official Form 106I) , Schedule J: Your Expenses (Official Form 106J) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119) , Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years , Disposable Income Is Determined (Official Form 122C-1) , Chapter 13 Calculation of Your Disposable Income (Official Form 122C-2) Filed by Debtor Anton Guttierrez , Joint Debtor Somchanh Sayathep (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Fisher, Liliana) (Entered: 04/15/2022) |
| 04/09/2022 | 12 | BNC Certificate of Notice (RE: related document(s)6 Amended Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 04/09/2022. (Admin.) (Entered: 04/09/2022) |
| 04/06/2022 | 11 | BNC Certificate of Notice (RE: related document(s)5 Amended ORDER to comply with bankruptcy rule 1007/3015(b) and notice of intent to dismiss case (Ch 7/13) (BNC)) No. of Notices: 1. Notice Date 04/06/2022. (Admin.) (Entered: 04/06/2022) |
| 04/06/2022 | 10 | BNC Certificate of Notice (RE: related document(s)7 Amended Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 04/06/2022. (Admin.) (Entered: 04/06/2022) |
| 04/06/2022 | 9 | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Anton Guttierrez, Joint Debtor Somchanh Sayathep No. of Notices: 1. Notice Date 04/06/2022. (Admin.) (Entered: 04/06/2022) |
| 04/06/2022 | 8 | BNC Certificate of Notice (RE: related document(s)2 Meeting (AutoAssign Chapter 13)) No. of Notices: 14. Notice Date 04/06/2022. (Admin.) (Entered: 04/06/2022) |
| 04/05/2022 | | Notice of Debtor's Prior Filings for joint debtors Anton Guttierrez and Somchanh Sayathep Case Number 13-11076, Chapter 7 filed in California Central Bankruptcy on 02/19/2013 , Standard Discharge on 06/03/2013; Case Number 21-11096, Chapter 7 filed in California Central Bankruptcy on 06/23/2021 , Dismissed for Other Reason on 08/16/2021.(Admin) (Entered: 04/05/2022) |
| 04/04/2022 | | Receipt of Chapter 13 Filing Fee - $313.00 by 12. Receipt Number 10076179. (admin) (Entered: 04/04/2022) |
| 04/04/2022 | 7 | Amended Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Anton Guttierrez, Joint Debtor Somchanh Sayathep) (Fisher, Liliana) (Entered: 04/04/2022) |
| 04/04/2022 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Anton Guttierrez, Joint Debtor Somchanh Sayathep) Petition Preparer Notice, Declaration, and Signature - Form 119 due by **4/18/2022**. Disclosure of Compensation of Bankruptcy Petition Preparer (Form 2800) due **4/18/2022**. (Fisher, Liliana) (Entered: 04/04/2022) |
| 04/04/2022 | 6 | Amended Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Anton Guttierrez, Joint Debtor Somchanh Sayathep) (Fisher, Liliana)DISREGARD ENTRY Modified on 4/4/2022 (Fisher, Liliana). (Entered: 04/04/2022) |
| 04/04/2022 | 5 | Amended ORDER to comply with bankruptcy rule 1007/3015(b) and notice of intent to dismiss case (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Anton Guttierrez, Joint Debtor Somchanh Sayathep) (Fisher, Liliana) (Entered: 04/04/2022) |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2022 | 4 | Certificate of Credit Counseling Filed by Debtor Anton Guttierrez , Joint Debtor Somchanh Sayathep . (Fisher, Liliana) (Entered: 04/04/2022) |
| 04/04/2022 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Anton Guttierrez , Joint Debtor Somchanh Sayathep . (Fisher, Liliana) (Entered: 04/04/2022) |
| 04/04/2022 | 2 | Meeting of Creditors with 341(a) meeting to be held on **6/1/2022 at 09:00 AM** at TR 13, VIDEO CONFERENCE. GOTO TRUSTEE WEBSITE FOR INSTRUCTIONS. Confirmation hearing to be held on **7/12/2022 at 09:30 AM** at Crtrm 301, 21041 Burbank Blvd, Woodland Hills, CA 91367. Proofs of Claims due by **6/13/2022**. (Fisher, Liliana) (Entered: 04/04/2022) |
| 04/04/2022 | 1 | Chapter 13 Voluntary Petition Individual . Fee Amount $313 Filed by Anton Guttierrez , Somchanh Sayathep Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due **4/18/2022**. Schedule A/B: Property (Form 106A/B or 206A/B) due **4/18/2022**. Schedule C: The Property You Claim as Exempt (Form 106C) due **4/18/2022**. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due **4/18/2022**. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due **4/18/2022**. Schedule H: Your Codebtors (Form 106H or 206H) due **4/18/2022**. Schedule I: Your Income (Form 106I) due **4/18/2022**. Schedule J: Your Expenses (Form 106J) due **4/18/2022**. Statement of Financial Affairs (Form 107 or 207) due **4/18/2022**. Chapter 13 Plan (LBR F3015-1) due by **4/18/2022**. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: **4/18/2022**. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: **4/18/2022**. Statement of Related Cases (LBR Form F1015-2) due **4/18/2022**. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by **4/18/2022**. Incomplete Filings due by **4/18/2022**. (Fisher, Liliana). (Entered: 04/04/2022) |

### PACER Service Center

| | |
|---|---|
| **Receipt:** | 04/21/2023 09:25:22 |
| **User:** | User's PACER account |
| **Client:** | |
| **Description:** | Docket Report |
| | 1:22-bk-10398-VK Fil or Ent: filed From: 06/16/2022 To: 04/21/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Pages:** | 1 ($0.10) |

Printed on Apr 21 2023 12:27 pm

# 1:22-bk-10760 - Javier Torres

Docket Header Last Updated: 4/21/2023 12:27 pm

**CLOSED, Repeat-cacb, WithXMLData, NG-eSR, RepeatPACER, Pln13F, DISMISSED**

## U.S. Bankruptcy Court
## Central District of California (San Fernando Valley)
## Bankruptcy Petition #: 1:22-bk-10760-MB

|  |  |
|---|---|
| *Assigned to:* Martin R. Barash | *Date filed:* 06/29/2022 |
| Chapter 13 | *Date terminated:* 09/23/2022 |
| Voluntary | *Debtor dismissed:* 09/14/2022 |
| Asset | *341 meeting:* 09/07/2022 |
| Claims Register | |

*Debtor disposition:* Dismissed for failure to make
plan payments

| | |
|---|---|
| ***Debtor*** | represented by **Javier Torres** |
| **Javier Torres** | PRO SE |
| 9015 Haddon Ave | |
| Sun Valley, CA 91352 | |
| LOS ANGELES-CA | |
| SSN / ITIN: xxx-xx-2715 | |

***Trustee***
**Elizabeth (SV) F Rojas (TR)**
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403

818-933-5700

**U.S. Trustee**

**United States Trustee (SV)**

915 Wilshire Blvd, Suite 1850

Los Angeles, CA 90017

(213) 894-6811

| 09/23/2022 | 26 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (TK) (Entered: 09/23/2022) |
| 09/20/2022 | **25** | Chapter 13 Trustee's Final Report and Account . (Rojas (TR), Elizabeth (SV)) |
| 09/20/2022 | **24** | Proof of service for Trustees Final Report and Account Filed by Trustee Elizabeth (SV) F Rojas (TR). (Rojas (TR), Elizabeth (SV)) |
| 09/16/2022 | **23** | BNC Certificate of Notice - PDF Document. (RE: related document(s)20 ORDER dismissing chapter 13 case for failure to make required payments (BNC-PDF)) No. of Notices: 0. Notice Date 09/16/2022. (Admin.) (Entered: 09/16/2022) |
| 09/16/2022 | **22** | BNC Certificate of Notice (RE: related document(s)21 Notice of dismissal (BNC)) No. of Notices: 2. Notice Date 09/16/2022. (Admin.) (Entered: 09/16/2022) |
| 09/14/2022 | **21** | Notice of dismissal (BNC) (PG) |
| 09/14/2022 | **20** | ORDER dismissing chapter 13 case for failure to make required payments - Debtor Dismissed. (BNC-PDF) Signed on 9/14/2022 (RE: related document(s)[2] Meeting (AutoAssign Chapter 13)). (PG) |
| 08/24/2022 | **19** | Notice / Re-Notice of 341(a) Meeting Zoom ID and Information Filed by Trustee Elizabeth (SV) F Rojas (TR). (Rojas (TR), Elizabeth (SV)) (Entered: 08/24/2022) |
| 08/18/2022 | **18** | Request for courtesy Notice of Electronic Filing (NEF) Filed by Treder, Edward. (Treder, Edward) (Entered: 08/18/2022) |
| 07/27/2022 | **17** | Objection to Confirmation of Plan *2021 Ram1500 Classic Quad Cab Tradesman Pickup 4D 6 1/3 ft* Filed by Creditor Capital One Auto Finance, a division of Capital One, N.A. (RE: related document(s)14 Chapter 13 Plan (LBR F3015-1). Filed by Debtor Javier Torres (RE: related document(s)1 Chapter 13 Voluntary Petition Individual Mailing List included . Fee Amount $313 Filed by Javier Torres Chapter 13 Plan (LBR F3015-1) due by 7/13/2022. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 7/13/2022. Cert. of Credit Counseling due by 7/13/2022. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 7/13/2022. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 7/13/2022. Incomplete Filings due by 7/13/2022. (LF1) Additional attachment(s) added on 6/29/2022 (LF1).). (TK). (Attachments: # 1 Exhibit)(Johnson, Marjorie) (Entered: 07/27/2022) |
| 07/14/2022 | **16** | Chapter 13 Calculation of Your Disposable Income (Official Form 122C-2) Filed by Debtor Javier Torres (RE: related document(s)1 Voluntary Petition (Chapter 13)). (LF1) Additional attachment(s) added on **7/15/2022** (LF1). (Entered: 07/14/2022) |
| 07/13/2022 | **15** | Notice of Change of Address of creditor. Filed by Debtor Javier Torres . (TK) (Entered: 07/13/2022) |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2022 | 14 | Chapter 13 Plan (LBR F3015-1). Filed by Debtor Javier Torres (RE: related document(s)1 Chapter 13 Voluntary Petition Individual Mailing List included . Fee Amount $313 Filed by Javier Torres Chapter 13 Plan (LBR F3015-1) due by 7/13/2022. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 7/13/2022. Cert. of Credit Counseling due by 7/13/2022. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 7/13/2022. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 7/13/2022. Incomplete Filings due by 7/13/2022. (LF1) Additional attachment(s) added on 6/29/2022 (LF1). (TK) (Entered: 07/13/2022) |
| 07/13/2022 | 13 | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Javier Torres (RE: related document(s)1 Voluntary Petition (Chapter 13)). (TK) (Entered: 07/13/2022) |
| 07/13/2022 | 12 | Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed by Debtor Javier Torres (RE: related document(s)1 Voluntary Petition (Chapter 13)). (TK) (Entered: 07/13/2022) |
| 07/13/2022 | 11 | Certificate of Credit Counseling Filed by Debtor Javier Torres (RE: related document(s)1 Voluntary Petition (Chapter 13)). (TK) (Entered: 07/13/2022) |
| 07/12/2022 | 10 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Delmotte, Joseph. (Delmotte, Joseph) (Entered: 07/12/2022) |
| 07/06/2022 | 9 | Request for special notice Filed by Creditor Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC. (Rawal, Arvind) (Entered: 07/06/2022) |
| 07/04/2022 | 8 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valerie) (Entered: 07/04/2022) |
| 07/01/2022 | 7 | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Javier Torres) No. of Notices: 0. Notice Date 07/01/2022. (Admin.) (Entered: 07/03/2022) |
| 07/01/2022 | 6 | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Javier Torres) No. of Notices: 0. Notice Date 07/01/2022. (Admin.) (Entered: 07/03/2022) |
| 07/01/2022 | 5 | BNC Certificate of Notice (RE: related document(s)2 Meeting (AutoAssign Chapter 13)) No. of Notices: 2. Notice Date 07/01/2022. (Admin.) (Entered: 07/03/2022) |
| 06/30/2022 | | Notice of Debtor's Prior Filings for debtor Javier Torres Case Number 22-10279, Chapter 13 filed in California Central Bankruptcy on 03/11/2022 , Dismissed for Failure to File Information on 03/29/2022.(Admin) (Entered: 06/30/2022) |
| 06/29/2022 | | Receipt of Chapter 13 Filing Fee - $313.00 by 12. Receipt Number 10076276. (admin) (Entered: 06/29/2022) |
| 06/29/2022 | 4 | Debtor's Request to Activate Electronic Noticing (DeBN) Filed by Debtor Javier Torres . (LF1) (Entered: 06/29/2022) |
| 06/29/2022 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Javier Torres . (LF1) (Entered: 06/29/2022) |
| 06/29/2022 | 2 | Meeting of Creditors with 341(a) meeting to be held on 9/7/2022 at 09:00 AM at TR 13, VIDEO CONFERENCE. GOTO TRUSTEE WEBSITE FOR INSTRUCTIONS. Confirmation hearing to be held on 10/6/2022 at 09:30 AM at Crtrm 303, 21041 Burbank Blvd, Woodland Hills, CA 91367. Proofs of Claims due by 9/7/2022. (Fisher, Liliana) (Entered: 06/29/2022) |
| 06/29/2022 | 1 | Chapter 13 Voluntary Petition Individual Mailing List included . Fee Amount $313 Filed by Javier Torres Chapter 13 Plan (LBR F3015-1) due by 7/13/2022. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 7/13/2022. Cert. of Credit Counseling due by 7/13/2022. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days |

| Date Filed | # | Docket Text |
|---|---|---|

of the Petition Date (LBR Form F1002-1) due by **7/13/2022**. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due **7/13/2022**. Incomplete Filings due by **7/13/2022**. (LF1) Additional attachment(s) added on **6/29/2022** (LF1). (Entered: 06/29/2022)

## PACER Service Center

| | |
|---|---|
| **Receipt:** | 04/21/2023 09:27:14 |
| **User:** | User's PACER account |
| **Client:** | |
| **Description:** | Docket Report |
| | 1:22-bk-10760-MB Fil or Ent: filed From: 09/23/2022 To: 04/21/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Pages:** | 1 ($0.10) |

Printed on Apr 21 2023 12:28 pm

# 1:22-bk-11252 - Maria Urquiza

Docket Header Last Updated: 4/21/2023 12:28 pm

**Repeat-cacb, PlnDue, Incomplete, RepeatPACER, DISMISSED, CLOSED**

### U.S. Bankruptcy Court
### Central District of California (San Fernando Valley)
### Bankruptcy Petition #: 1:22-bk-11252-MB

| | |
|---|---|
| | *Date filed:* 10/26/2022 |
| *Assigned to:* Martin R. Barash | *Date terminated:* 12/07/2022 |
| Chapter 13 | *Debtor dismissed:* 11/14/2022 |
| Voluntary | *341 meeting:* 12/14/2022 |
| Asset | |

*Debtor disposition:* Dismissed for Failure to File
Information

**Debtor**                                        represented by **Maria Urquiza**
**Maria Urquiza**                                            PRO SE
10725 Nassau Ave
Sunland, CA 91040
LOS ANGELES-CA
818-317-7103
SSN / ITIN: xxx-xx-5663

**Trustee**
**Elizabeth (SV) F Rojas (TR)**
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
818-933-5700

*U.S. Trustee*

**United States Trustee (SV)**

915 Wilshire Blvd, Suite 1850

Los Angeles, CA 90017

(213) 894-6811

| | | |
|---|---|---|
| 12/07/2022 | 13 | Bankruptcy Case Closed - DISMISSED. Order of Dismissal in the above referenced case was entered and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Auto Closed) (SM2 ) - (Entered: 12/07/2022) |
| 12/06/2022 | **12** | Proof of service *for Trustees Final Report and Account* Filed by Trustee Elizabeth (SV) F Rojas (TR). (Rojas (TR), Elizabeth (SV)) (Entered: 12/06/2022) |
| 12/06/2022 | **11** | Chapter 13 Trustee's Final Report and Account . (Rojas (TR), Elizabeth (SV)) (Entered: 12/06/2022) |
| 11/16/2022 | **10** | BNC Certificate of Notice (RE: related document(s)9 ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (CACB AutoDismiss) (BNC) No. of Notices: 3. Notice Date 11/16/2022. (Admin.) (Entered: 11/16/2022) |
| 11/14/2022 | **9** | Order and Notice of Dismissal for Failure to File Schedules, Statements, and/or Plan - DEBTOR Dismissed (BNC) (MA ) (Entered: 11/14/2022) |
| 11/01/2022 | **8** | Request for special notice Filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A9CB MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-I. (Covey, Theron) (Entered: 11/01/2022) |
| 10/28/2022 | **7** | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Maria Urquiza) No. of Notices: 1. Notice Date 10/28/2022. (Admin.) (Entered: 10/28/2022) |
| 10/28/2022 | **6** | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Maria Urquiza) No. of Notices: 1. Notice Date 10/28/2022. (Admin.) (Entered: 10/28/2022) |
| 10/28/2022 | **5** | BNC Certificate of Notice (RE: related document(s)4 Meeting (AutoAssign Chapter 13)) No. of Notices: 3. Notice Date 10/28/2022. (Admin.) (Entered: 10/28/2022) |
| 10/27/2022 | | Notice of Debtor's Prior Filings for debtor Maria Urquiza Case Number 10-46544, Chapter 7 filed in California Central Bankruptcy on 08/30/2010 , Standard Discharge on 04/14/2011; Case Number 18-23122, Chapter 7 filed in California Central Bankruptcy on 11/07/2018 , Dismissed for Other Reason on 03/08/2019; Case Number 19-15207, Chapter 7 filed in California Central Bankruptcy on 05/03/2019 , Dismissed for Other Reason on 08/12/2019; Case Number 19-19768, Chapter 7 filed in California Central Bankruptcy on 08/20/2019 , Dismissed for Other Reason on 11/07/2019; Case Number 19-24288, Chapter 7 filed in California Central Bankruptcy on 12/06/2019 , Dismissed for Other Reason on 02/05/2020; Case Number 10-10099, Chapter 7 filed in California Central Bankruptcy on 01/04/2010; Case Number 22-12234, Chapter 11 filed in California Central Bankruptcy on 04/21/2022 , Dismissed for Other Reason on 04/21/2022; Case Number 21-15439, Chapter 13 filed in California Central Bankruptcy on 07/02/2021 , Dismissed for Other Reason on 10/05/2021; Case Number 20-12333, Chapter 7 filed in California Central Bankruptcy on 03/02/2020 , Dismissed for Other Reason on 06/03/2020; Case Number 11-13849, Chapter 13 filed in California Central Bankruptcy on 03/29/2011 , Dismissed for Other Reason on 06/07/2011; Case Number 16-22714, Chapter 7 filed in California Central Bankruptcy on 09/26/2016 , Dismissed for Other Reason on 02/21/2017; Case Number 15-24109, Chapter 7 filed in California Central Bankruptcy on 09/10/2015 , Dismissed for Other Reason on |

| Date Filed | # | Docket Text |
|---|---|---|
| | | 11/13/2015; Case Number 15-29352, Chapter 7 filed in California Central Bankruptcy on 12/28/2015 , Dismissed for Other Reason on 02/26/2016; Case Number 16-15805, Chapter 7 filed in California Central Bankruptcy on 05/02/2016 , Dismissed for Other Reason on 08/18/2016.(Admin) (Entered: 10/27/2022) |
| 10/26/2022 | | Receipt of Chapter 13 Filing Fee - $313.00 by 12. Receipt Number 10076407. (admin) (Entered: 10/26/2022) |
| 10/26/2022 | 4 | Meeting of Creditors with 341(a) meeting to be held on **12/14/2022 at 01:30 PM** at TR 13, VIDEO CONFERENCE. GOTO TRUSTEE WEBSITE FOR INSTRUCTIONS. Confirmation hearing to be held on **1/5/2023 at 09:30 AM** at Crtrm 303, 21041 Burbank Blvd, Woodland Hills, CA 91367. Proofs of Claims due by **1/4/2023**. (LF1) (Entered: 10/26/2022) |
| 10/26/2022 | 3 | Certificate of Credit Counseling Filed by Debtor Maria Urquiza . (LF1) (Entered: 10/26/2022) |
| 10/26/2022 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Maria Urquiza . (Attachments: # 1 Urquiza ID # 2 Urquiza additional ID) (LF1) (Entered: 10/26/2022) |
| 10/26/2022 | 1 | Chapter 13 Voluntary Petition Individual . Fee Amount $313 Filed by Maria Urquiza Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due **11/9/2022**. Schedule A/B: Property (Form 106A/B or 206A/B) due **11/9/2022**. Schedule C: The Property You Claim as Exempt (Form 106C) due **11/9/2022**. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due **11/9/2022**. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due **11/9/2022**. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due **11/9/2022**. Schedule H: Your Codebtors (Form 106H or 206H) due **11/9/2022**. Schedule I: Your Income (Form 106I) due **11/9/2022**. Schedule J: Your Expenses (Form 106J) due **11/9/2022**. Declaration About an Individual Debtors Schedules (Form 106Dec) due **11/9/2022**. Statement of Financial Affairs (Form 107 or 207) due **11/9/2022**. Chapter 13 Plan (LBR F3015-1) due by **11/9/2022**. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: **11/9/2022**. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: **11/9/2022**. Statement of Related Cases (LBR F1015-2) due **11/9/2022**. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by **11/9/2022**. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due **11/9/2022**. Incomplete Filings due by **11/9/2022**. (LF1) (Entered: 10/26/2022) |

## PACER Service Center

| | |
|---|---|
| **Receipt:** | 04/21/2023 09:28:03 |
| **User:** | User's PACER account |
| **Client:** | |
| **Description:** | Docket Report |
| | 1:22-bk-11252-MB Fil or Ent: filed From: 12/07/2022 To: 04/21/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Pages:** | 1 ($0.10) |

Printed on Apr 21 2023 12:58 pm

# 1:22-bk-11252 - Maria Urquiza

## United States Bankruptcy Court
## Central District of California

### Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 10/26/2022 at 4:35 PM and filed on 10/26/2022.

**Maria Urquiza**
10725 Nassau Ave
Sunland, CA 91040
818-317-7103
SSN / ITIN: xxx-xx-5663

The bankruptcy trustee is:

**Elizabeth (SV) F Rojas (TR)**
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
818-933-5700

The case was assigned case number 1:22-bk-11252-MB to Judge Martin R. Barash.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's

property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 21041 Burbank Blvd,, Woodland Hills, CA 91367-6603.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kathleen J. Campbell
Clerk, U.S. Bankruptcy
Court

Printed on Apr 21 2023 12:28 pm

# 1:22-bk-11493 - Jeffrey L Millman

Docket Header Last Updated: 4/21/2023 12:28 pm

CLOSED, Repeat-cacb, PlnDue, Incomplete, DISMISSED

## U.S. Bankruptcy Court
## Central District of California (San Fernando Valley)
## Bankruptcy Petition #: 1:22-bk-11493-MB

|  |  |
|---|---|
| | *Date filed:* 12/28/2022 |
| *Assigned to:* Martin R. Barash | *Date terminated:* 01/26/2023 |
| Chapter 13 | *Debtor dismissed:* 01/13/2023 |
| Voluntary | *341 meeting:* 02/15/2023 |
| Asset | |

*Debtor disposition:* Dismissed for Failure to File Information

**Debtor**

**Jeffrey L Millman**
5900 Bainbridge Ct
Agoura Hills, CA 91301
LOS ANGELES-CA
SSN / ITIN: xxx-xx-6228

represented by **Jeffrey L Millman**
PRO SE

**Trustee**

**Elizabeth (SV) F Rojas (TR)**
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
818-933-5700

*U.S. Trustee*

**United States Trustee (SV)**

915 Wilshire Blvd, Suite 1850

Los Angeles, CA 90017

(213) 894-6811

| 01/26/2023 | 12 | Bankruptcy Case Closed - DISMISSED. Order of Dismissal in the above referenced case was entered and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Auto Closed) (SM2) - (Entered: 01/26/2023) |
| 01/24/2023 | **11** | Proof of service *for Trustees Final Report and Account* Filed by Trustee Elizabeth (SV) F Rojas (TR). (Rojas (TR), Elizabeth (SV)) (Entered: 01/24/2023) |
| 01/24/2023 | **10** | Chapter 13 Trustee's Final Report and Account . (Rojas (TR), Elizabeth (SV)) (Entered: 01/24/2023) |
| 01/15/2023 | 9 | BNC Certificate of Notice (RE: related document(s)8 ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (Option A or Option B) (BNC)) No. of Notices: 4. Notice Date 01/15/2023. (Admin.) (Entered: 01/15/2023) |
| 01/13/2023 | 8 | ORDER and notice of dismissal for failure to file schedules, statements, and/or plan - **Debtor** Dismissed. All pending motions and adversary proceedings are moot and dismissed. (BNC) Signed on 1/13/2023 (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Jeffrey L Millman). (RT) (Entered: 01/13/2023) |
| 01/04/2023 | 7 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Delmotte, Joseph. (Delmotte, Joseph) (Entered: 01/04/2023) |
| 12/30/2022 | 6 | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Jeffrey L Millman) No. of Notices: 1. Notice Date 12/30/2022. (Admin.) (Entered: 12/30/2022) |
| 12/30/2022 | 5 | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Jeffrey L Millman) No. of Notices: 1. Notice Date 12/30/2022. (Admin.) (Entered: 12/30/2022) |
| 12/30/2022 | 4 | BNC Certificate of Notice (RE: related document(s)2 Meeting (AutoAssign Chapter 13)) No. of Notices: 5. Notice Date 12/30/2022. (Admin.) (Entered: 12/30/2022) |
| 12/29/2022 | | Notice of Debtor's Prior Filings for debtor Jeffrey L Millman Case Number 12-20669, Chapter 13 filed in California Central Bankruptcy on 12/10/2012 , Dismissed for Other Reason on 02/01/2013.(Admin) (Entered: 12/29/2022) |
| 12/28/2022 | | Receipt of Chapter 13 Filing Fee - $313.00 by 71. Receipt Number 20246696. (admin) (Entered: 12/28/2022) |
| 12/28/2022 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Jeffrey L Millman . (BT) (Entered: 12/28/2022) |
| 12/28/2022 | 2 | Meeting of Creditors with 341(a) meeting to be held on **2/15/2023 at 09:00 AM** at TR 13, VIDEO CONFERENCE. GOTO TRUSTEE WEBSITE FOR INSTRUCTIONS. Confirmation hearing to be held on **3/23/2023 at 09:30 AM** at Crtrm 303, 21041 Burbank Blvd, Woodland Hills, CA 91367. Proofs of Claims due by **3/8/2023**. (BT) (Entered: 12/28/2022) |
| 12/28/2022 | 1 | Chapter 13 Voluntary Petition Individual . Fee Amount $313 Filed by Jeffrey L Millman Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due **1/11/2023**. Schedule A/B: Property (Form 106A/B or 206A/B) due **1/11/2023**. Schedule C: The |

| Date Filed | # | Docket Text |
|---|---|---|

Property You Claim as Exempt (Form 106C) due **1/11/2023**. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due **1/11/2023**. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due **1/11/2023**. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due **1/11/2023**. Schedule H: Your Codebtors (Form 106H or 206H) due **1/11/2023**. Schedule I: Your Income (Form 106I) due **1/11/2023**. Schedule J: Your Expenses (Form 106J) due **1/11/2023**. Declaration About an Individual Debtors Schedules (Form 106Dec) due **1/11/2023**. Statement of Financial Affairs (Form 107 or 207) due **1/11/2023**. Chapter 13 Plan (LBR F3015-1) due by **1/11/2023**. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: **1/11/2023**. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: **1/11/2023**. Cert. of Credit Counseling due by **1/11/2023**. Statement of Related Cases (LBR Form F1015-2) due **1/11/2023**. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by **1/11/2023**. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due **1/11/2023**. Incomplete Filings due by **1/11/2023**. (BT) (Entered: 12/28/2022)

### PACER Service Center

| | |
|---|---|
| **Receipt:** | 04/21/2023 09:28:34 |
| **User:** | User's PACER account |
| **Client:** | |
| **Description:** | Docket Report |
| | 1:22-bk-11493-MB Fil or Ent: filed From: 01/26/2023 To: 04/21/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Pages:** | 1 ($0.10) |

Printed on Apr 21 2023 12:59 pm

## 1:22-bk-11493 - Jeffrey L Millman

### United States Bankruptcy Court
### Central District of California

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 12/28/2022 at 09:23 AM and filed on 12/28/2022.

**Jeffrey L Millman**
5900 Bainbridge Ct
Agoura Hills, CA 91301
SSN / ITIN: xxx-xx-6228

The bankruptcy trustee is:

**Elizabeth (SV) F Rojas (TR)**
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
818-933-5700

The case was assigned case number 1:22-bk-11493-MB to Judge Martin R. Barash.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or

not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 21041 Burbank Blvd,, Woodland Hills, CA 91367-6603.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kathleen J. Campbell
Clerk, U.S. Bankruptcy Court

| PACER Service Center | |
| --- | --- |
| Receipt: | 04/21/2023 09:59:24 |
| User: | mr000094 |
| Client: | |
| Description: | Notice of Filing |
| | 1:22-bk-11493-MB |
| Pages: | 1 ($0.10) |

Printed on Apr 20 2023 5:48 pm

# 2:23-bk-12128 - Antonio Levar Jones

*Docket Header Last Updated:* 4/20/2023 5:48 pm

**Incomplete, WithXMLData, NG-eSR, PlnDue**

## U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Bankruptcy Petition #: 2:23-bk-12128-VZ

|  |  |
|---|---|
| *Assigned to:* Vincent P. Zurzolo | *Date filed:* 04/10/2023 |
| Chapter 13 | *341 meeting:* 05/25/2023 |
| Voluntary | *Deadline for filing claims:* 06/20/2023 |
| Asset | *Deadline for filing claims (govt.):* 10/10/2023 |
| Claims Register | |

**Debtor**                                            represented by **Antonio Levar Jones**
**Antonio Levar Jones**                                                       PRO SE

8927 Denker Avenue
Los Angeles, CA 90047
LOS ANGELES-CA
323-338-5716
SSN / ITIN: xxx-xx-6201

**Trustee**
**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

**U.S. Trustee**
**United States Trustee (LA)**

915 Wilshire Blvd, Suite 1850

Los Angeles, CA 90017

(213) 894-6811

| 04/18/2023 | 13 | Order Denying Motion To Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents) (BNC-PDF) (Related Doc # 8) Signed on 4/18/2023. (SC2) (Entered: 04/18/2023) |
| 04/12/2023 | 12 | BNC Certificate of Notice (RE: related document(s)5 Amended ORDER to comply with bankruptcy rule 1007/3015(b) and notice of intent to dismiss case (Ch 7/13) (BNC)) No. of Notices: 1. Notice Date 04/12/2023. (Admin.) (Entered: 04/12/2023) |
| 04/12/2023 | 11 | BNC Certificate of Notice (RE: related document(s)6 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 04/12/2023. (Admin.) (Entered: 04/12/2023) |
| 04/12/2023 | 10 | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Antonio Levar Jones) No. of Notices: 1. Notice Date 04/12/2023. (Admin.) (Entered: 04/12/2023) |
| 04/12/2023 | 9 | BNC Certificate of Notice (RE: related document(s)2 Meeting (AutoAssign Chapter 13)) No. of Notices: 6. Notice Date 04/12/2023. (Admin.) (Entered: 04/12/2023) |
| 04/12/2023 | 8 | Motion to Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents) Filed by Debtor Antonio Levar Jones (SC2) (Entered: 04/12/2023) |
| 04/12/2023 | 7 | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Antonio Levar Jones (RE: related document(s)1 Voluntary Petition (Chapter 13)). (BT) (Entered: 04/12/2023) |
| 04/10/2023 |  | Receipt of Chapter 13 Filing Fee - $313.00 by 20. Receipt Number 20247341. (admin) (Entered: 04/10/2023) |
| 04/10/2023 | 6 | Case Commencement Deficiency Notice to include Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Antonio Levar Jones) (SCX) (Entered: 04/10/2023) |
| 04/10/2023 | 5 | Amended ORDER to comply with bankruptcy rule 1007/3015(b) and notice of intent to dismiss case to include Chapter 13 Calculation of Your Disposable Income (Form 122C-2) . (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Antonio Levar Jones) (SCX) (Entered: 04/10/2023) |
| 04/10/2023 |  | Set Case Commencement Deficiency Deadlines (def/deforco) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Antonio Levar Jones) Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: **4/24/2023**. (SCX) (Entered: 04/10/2023) |
| 04/10/2023 |  | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Antonio Levar Jones) Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by **4/24/2023**. (SCX) (Entered: 04/10/2023) |
| 04/10/2023 | 4 | Certificate of Credit Counseling Filed by Debtor Antonio Levar Jones . (BT) (Entered: 04/10/2023) |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2023 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Antonio Levar Jones . (BT) (Entered: 04/10/2023) |
| 04/10/2023 | 2 | Meeting of Creditors with 341(a) meeting to be held on **5/25/2023 at 09:00 AM** at TR 13, VIDEO CONFERENCE. GOTO TRUSTEE WEBSITE FOR INSTRUCTIONS. Confirmation hearing to be held on **5/13/2024 at 10:00 AM** at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. Proofs of Claims due by **6/20/2023**. (BT) (Entered: 04/10/2023) |
| 04/10/2023 | 1 | Chapter 13 Voluntary Petition Individual Mailing List included . Fee Amount $313 Filed by Antonio Levar Jones Chapter 13 Plan (LBR F3015-1) due by **4/24/2023**. Incomplete Filings due by **4/24/2023**. (BT) Additional attachment(s) added on **4/10/2023** (BT).CORRECTION: Case deficient for Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by **4/24/2023**, Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: **4/24/2023**. Modified on 4/10/2023 (SCX). (Entered: 04/10/2023) |

## PACER Service Center

| | |
|---|---|
| **Receipt:** | 04/20/2023 14:48:16 |
| **User:** | User's PACER account |
| **Client:** | |
| **Description:** | Docket Report |
| | 2:23-bk-12128-VZ Fil or Ent: filed From: 04/18/2023 To: 04/20/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Pages:** | 1 ($0.10) |

Printed on Apr 21 2023 5:19 am

# 2:23-bk-12128 - Antonio Levar Jones

## United States Bankruptcy Court
## Central District of California

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 04/10/2023 at 10:23 AM and filed on 04/10/2023.

**Antonio Levar Jones**

8927 Denker Avenue
Los Angeles, CA 90047
323-338-5716
SSN / ITIN: xxx-xx-6201

The bankruptcy trustee is:

**Nancy K Curry (TR)**

1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

The case was assigned case number 2:23-bk-12128-VZ to Judge Vincent P. Zurzolo.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or

not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kathleen J. Campbell
Clerk, U.S. Bankruptcy Court